AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| American Federation of Teachers, *Plaintiff* | ) ) | |
| v. | ) | Case No. 1:25-cv-00802-RBW |
| U.S. Dept. of Ed., et al., *Defendant* | ) ) ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                             .

Date:   03/24/2025

/s/John G. Albanese
*Attorney's signature*

John G. Albanese, pro hac vice
*Printed name and bar number*

Berger Montague PC
1229 Tyler St NE, Ste 205
Minneapolis MN 55413
*Address*

jalbanese@bm.net
*E-mail address*

(612) 594-5997
*Telephone number*

(612) 584-4470
*FAX number*