UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Federation of Teachers,<br>555 New Jersey Ave. N.W.<br>Washington DC 20001-2079<br><br>     Plaintiff,<br><br>v.<br><br>U.S. Department of Education<br>400 Maryland Avenue, SW<br>Washington, DC 20202<br><br>Linda McMahon, in her official<br>capacity as Secretary of Education,<br>400 Maryland Avenue, SW<br>Washington, DC 20202<br><br>     Defendants. | Civil Action No. 1:25-cv-00802-RBW<br><br>Judge Reggie B. Walton<br><br><br>**DECLARATION OF RACHEL DUBREUIL IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, RACHEL DUBREUIL, hereby declare as follows:

1. I am a member of the American Federation of Teachers union, Plaintiff in the above-captioned matter. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Plaintiff's Motion for a Temporary Restraining Order.

3. I hold a master's degree in international relations, a master's degree in teaching, and a graduate certificate in international education.

4. I have accumulated a total of $88,159.56 in federal student loan debt to pay for my educational experiences.

5. I have been a teacher for a total of twelve years. I currently teach 11th and 12th grade Social Studies at Norwich Technical High School. I have been teaching at Norwich for the last ten years.

6. For the past ten years, I have been making payments under the Income-Based Repayment ("IBR") plan in pursuit of Public Service Loan Forgiveness ("PSLF").

7. As a teacher, I rely on access to IBR to make my monthly federal student loan payments more affordable.

8. I also rely on the promise of PSLF to provide me with a pathway to forgiveness after making 120 qualifying payments and qualifying work, which I have worked hard to keep track of since I began my career.

9. When the Saving on a Valuable Education ("SAVE") plan was announced, I switched repayment plans to make my payments much more affordable. On the SAVE plan, my payments were $350.10 a month.

10. By July 2024, I had made 115 qualifying payments, and most of my loans, exactly $78,907.74, were on track to be forgiven in November 2024.

11. Also, in July 2024, my loans were abruptly placed in the SAVE forbearance. I was initially told by my servicer that I would receive credit for the months in the SAVE forbearance, however, that was false. I have not received credit for any months since July 2024, and my forgiveness continues to be delayed.

12. I applied for the PSLF Buyback program on December 6, 2024, and was told I would hear back about a decision in 45 business days. As of March 2025, I have not heard anything about my application from my servicer.

13. I have continued to make payments in the amount of $350.10 almost every month while in the SAVE forbearance so that I do not lose credit towards PSLF once the system restarts. I missed a payment in September 2024 because of the confusion surrounding whether or not that month would count as part of the forbearance.

14. In January 2025, I submitted an Income-Driven Repayment plan application to switch repayment plans, so that I could continue to make payments to receive forgiveness, but my application has been stuck in review.

15. Every month I spend in this forbearance delays my forgiveness, thus delaying freedom from my student loan debt, and affording me an opportunity to live a better life. The weight of my student loan debt has felt like a ball and chain and impacts every life decision that I make.

16. Because of my student loan debt, my husband and I have been unable to save for retirement. We have not been able to contribute to our daughter's college savings fund so that she is not saddled with debt in the same way. We have also not been able to afford higher life insurance policies that would benefit our daughter if something were to happen to us.

17. If my loans are not forgiven through PSLF, I will not be able to afford to pay them off with a teacher's salary, and I will be forever tethered to this debt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 21, 2025.

RACHEL DUBREUIL