**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| American Federation of Teachers, | Civil Action No. 1:25-cv-00802-RBW |
| Plaintiff, | |
| v. | **DECLARATION OF COREY MASON IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| U.S. Department of Education et al, | |
| Defendants. | |

---

I, Corey Mason, hereby declare as follows:

1. I am a member of the American Federation of Teachers, Plaintiff in the above-captioned matter. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Plaintiff's Motion for a Temporary Restraining Order.

3. I teach English language development to high school students at a trade school in Connecticut, and I have 11 years of teaching experience.

4. I have earned a Bachelor's degree in English Language and Education, a Masters degree in Teaching English to Speakers of Other Languages, and a Sixth-Year credential in Reading. I took out student debt to pay for all three of my educational experiences.

5. I borrowed approximately $65,908 in total. I currently owe $78,476.89 in federal student loans, of which $75,926.52 is principal, despite the fact that I have consistently made payments on my loans.

6. I had one private student loan, which I have paid off.

1

7. As a teacher, I rely on access to income-driven repayment plans to make my monthly federal student loan payments affordable.

8. I also rely on Public Service Loan Forgiveness and the promise that my student loans will be forgiven after 120 qualifying payments and qualifying work.

9. I have always opted for income-driven repayment plans to make my monthly payments affordable to me on a teacher's salary. After the Saving for A Valuable Education (SAVE) income-driven repayment plan was announced during the summer of 2023, my loans were automatically enrolled in the SAVE plan. My total monthly payments under the SAVE plan were $364. I am enrolled in autopay, and $364 was debited from my account every month.

10. In June 2024, I noticed that my payment was not taken out of my account. I checked my account and learned that my loans had been placed into a forbearance. This forbearance time would not count toward Public Service Loan Forgiveness. I immediately called my student loan servicer, MOHELA, and asked to be transferred to a plan that would qualify. The customer service representative told me that I could not move to another plan.

11. After speaking with the MOHELA representative, I began to make manual payments of $364 on my loans, in the hope that these months would be counted toward my Public Service Loan Forgiveness time.

12. According to my account with StudentAid.gov, I have 117 of the 120 credits needed for Public Service Loan Forgiveness. This does not reflect any of the time or payments that I have made since my loan was placed in forbearance in June 2024. I should have accrued the three remaining credits by August 2024, at which point I should have had my loans forgiven.

13. In November 2024, I filed a reconsideration request to have my months in the SAVE forbearance count toward Public Service Loan Forgiveness through the Department of Education's

"Buy Back" program. I was told it would take 45 days to process. I have regularly inquired about the status of the request and have been told alternatingly that it will take an additional 45 days or that there is no specific timeframe for a determination. I have since submitted two more reconsideration requests, the latest of which was in February 2025. I have not heard back from any of them.

14. In November 2024, I also submitted a general Public Service Loan Forgiveness form, seeking credit for the months since June 2024.

15. In December 2024 or January 2025, I spoke with a MOHELA representative about my options and was told that the only way I could leave the income-driven repayment plans and take my loans out of forbearance was by enrolling in the standard repayment plan, which would result in monthly payments of about $900. The representative could not confirm that these payments would count toward Public Service Loan Forgiveness. I could not afford to make $900 monthly payments indefinitely, and so did not switch to the standard plan. Instead, on or around January 17, I submitted an application for the Income Based Repayment plan, which I understood was not part of the SAVE forbearance. That application is still pending.

16. My student loans are a major financial burden for me. For years I was not able to save money because of my student loans. Making my student loan payments has always been a priority to me, since I am pursuing Public Service Loan Forgiveness and do not want to miss any credit toward forgiveness. I have had to accrue credit card debt to pay for regular household expenses and necessities. At times I have skipped out on basic necessities, including heating my home, to reduce my expenses, but I have always paid my loans when they are due. I need a new car, but cannot afford one. The little savings that I did have I used to pay off my private student loan, since it would not be eligible for Public Service Loan Forgiveness.

17. With the current uncertainty about the future of the Social Security program, I am worried about my retirement finances, since I have not been able to privately save. Given the current administration's call to end the U.S. Department of Education, I am worried how that will affect my job as a teacher. The fact that I still have my loans, even though I believe they should already have been forgiven under Public Service Loan Forgiveness, adds to this stress and financial uncertainty.

18. I am engaged to be married, but wanted to have my student loan debt forgiven before marrying and expected this would occur in the fall of 2024. Because I have not been able to accrue more credit toward Public Service Loan Forgiveness, I am stressed at the prospect of bringing my debt into my marriage.

19. I cannot afford to make payments that are not based on my income, and I cannot afford to continue making payments on my student loans for longer than the 120 payments I had planned for under the Public Service Loan Forgiveness program. I have started to consider filing bankruptcy as a way to handle my debt if these programs are no longer available.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 21, 2025.

_____
Corey Mason