UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Federation of Teachers,<br>555 New Jersey Ave. N.W.<br>Washington DC 20001-2079<br><br>       Plaintiff,<br><br>v.<br><br>U.S. Department of Education,<br>400 Maryland Avenue, SW<br>Washington, DC 20202<br><br>Linda McMahon, in her official<br>capacity as Secretary of Education,<br>400 Maryland Avenue, SW<br>Washington, DC 20202<br><br>       Defendants. | Civil Action No.1-:25-cv-00802-RBW<br><br>Judge Reggie B. Walton<br><br>**DECLARATION OF TAMMY SABENS IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, TAMMY SABENS, hereby declare as follows:

1. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Plaintiff's Motion for a Temporary Restraining Order.

3. I am a 64 and a half year old grandmother living in Kentucky.

4. I originally borrowed federal student loans to go to college in the 1980s. Although most of that debt has since been repaid or cancelled, I went back to school in 2002 to get a nursing degree. At the time, I was 46 years old and a single parent making very little money. I knew a woman through my church who was a nurse and thought that as a nurse I could make a difference while providing a better life for my two kids. I completed my nursing degree in 2006.

5. I originally borrowed $24,970.96 to attend my nursing program, but because of capitalized interest, my federal student loan balance is now over $51,848.98.

6. I have worked as a nurse for over 18 years and, though I was laid off three times, I have done my best to keep up with the payments.

7. At the beginning of the pandemic, I caught COVID-19 and developed long-COVID. I have also had to battle cancer. My only source of income for several years was short-term disability. Because of my health issues, my doctor advised me to retire.

8. I applied for social security retirement payments in December 2024 and started receiving social security in February 2025.

9. Now my only source of income is my $1,486 social security payment.

10. Prior to getting sick, I was paying my loans on the income-based repayment plan. Due to my health issues, I was on a deferment that just expired. I had a payment due on March 21, 2025, for $390.65 which is unaffordable on my current income.

11. I called my loan servicer, Nelnet, to explain that I could not afford to pay $390.65. The customer service representative told me that I had used up all of my deferment options, and because the applications are blocked, I cannot adjust my income-based repayment amount. Instead he put me in a temporary two month forbearance. Based upon my current income, I estimate that my payment amount would be $0 per month and that time would count towards forgiveness under the income-based repayment plan.

12. While my loans are in this temporary forbearance, the unpaid interest on my loan is continuing to grow and I am not making progress on my loans.

13. Because the income-driven repayment plan application is unavailable, I cannot adjust my monthly payment to reflect my current income.

14. All I wanted to do is get a college degree and make a decent living. I chose to be a nurse to help people and have saved many lives over my 18-year career. But it has taken a huge toll on me physically and mentally.

15. If I had known I would never be able to repay these loans, I do not know if I would make the same choice again.

16. My loan situation is causing me a great deal of distress. I feel like my only option is to default on my loans. I can't sleep over it. I have anxiety. And I get panic attacks. I don't know what to do.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2025.

*[signature]*

TAMMY SABENS