# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Federation of Teachers, | Civil Action No. 1:25-cv-00802 |
| Plaintiff, | |
| v. | **[PROPOSED] TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION** |
| Linda McMahon, in her official capacity as Secretary of Education, | |
| Defendant. | |

Upon consideration of plaintiff's motion for a temporary restraining order/preliminary injunction, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that defendants Secretary Linda McMahon, the U.S. Department of Education are **ENJOINED** from prohibiting access to income-driven plans for student loan borrowers and are **ORDERED** to reinstate the income-driven plan applications and re-certifications for ongoing income-driven repayment plans.  Specifically, the defendants shall as soon as possible and no later than seven days from the date of this order restore access and provide a paper, pdf, and online application to the Income Based Repayment Plan and at least one income-contingent repayment plan.  Further, the defendants shall ensure that applications are processed in timely manner and shall file weekly updates regarding the number of applications processed and the number of applications still waiting to be processed until further order of the Court.  Until the defendants are compliant with its obligations to provide income-driven repayment programs (including the timely processing of such applications), the defendants are enjoined from any further collection on outstanding loans amount from borrowers who are eligible for income-driven repayment programs.

**SO ORDERED**.

Date: _____    _____