UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| AMERICAN FEDERATION OF TEACHERS, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 25-802 (RBW) |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the scheduling conference held on March 25, 2025, it is hereby

**ORDERED** that, on or before April 8, 2025, the defendants shall file their opposition to the plaintiff's motion for a temporary restraining order or preliminary injunction. It is further

**ORDERED** that, on or before April 15, 2025, the plaintiff shall file a reply in support of its motion for a temporary restraining order or preliminary injunction, if any. It is further

**ORDERED** that, on April 17, 2025, at 10:30 a.m., the parties shall appear for a motion hearing on the plaintiff's motion for a temporary restraining order or preliminary injunction. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.[1]

---

[1] If either party anticipates introducing testimony from witnesses at the motion hearing, the proponent of such testimony shall forthwith notify the Court at least twenty-four hours in advance of the hearing.

**SO ORDERED** this 25th day of March, 2025.

                                                                                              REGGIE B. WALTON  
                                                                                              United States District Judge