IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *Plaintiff*, v. U.S. DEPARTMENT OF EDUCATION, *et al.*, *Defendants*. | No. 1:25-cv-802-RBW |

DEFENDANTS' NOTICE OF
AVAILABILITY OF INCOME-DRIVEN REPAYMENT PLAN APPLICATION

Defendants hereby provide notice to the Court of recent developments relevant to Plaintiff's motion for a temporary restraining order or preliminary injunction, ECF No. 10.

Yesterday, March 26, 2025, Defendants reopened the online application process for income-driven repayment (IDR) plans and loan consolidation. *See* U.S. Dep't of Education, *Income-Driven Repayment (IDR) Plan Request*, https://perma.cc/P8ER-TNN4?type=image (providing link to apply for an IDR plan and for loan consolidation); U.S. Dep't of Education, *Demonstration for Income-Driven Repayment (IDR) Plan Request,* https://perma.cc/4BCP-R2SZ?type=image (demonstration tool showing online application allows for the selection of the Income-Based Repayment (IBR) plan, the Income-Contingent Repayment (ICR) plan, and the Pay As You Earn (PAYE) plan). The reopened online applications reflect changes to certain provisions that were contained in earlier versions of the IDR and loan consolidation applications, which the United States Court of Appeals for the Eighth Circuit has held should be preliminarily enjoined. *See Missouri v. Trump*, 128 F.4th 979, 997–98 (8th Cir. 2025) (remanding with instructions to prelim-

inarily enjoin the entire final rule establishing the Saving on a Valuable Education (SAVE) repayment plan, including provisions of the rule that applied to all IDR plans).  In addition, as counsel for Defendants discussed with the Court during the scheduling conference earlier this week, Defendants continue to coordinate with third-party student loan servicing companies to restart the processing of all pending and newly submitted IDR applications as soon as possible.

Dated:  March 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cody T. Knapp*
CODY T. KNAPP
Trial Attorney (NY #5715438)
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 532-5663
Facsimile: (202) 616-8470
E-mail: cody.t.knapp@usdoj.gov

*Counsel for Defendants*