AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

| | | |
|---|---|---|
| American Federation of Teachers, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:25-cv-00802 |
| | ) | |
| U.S. Dept. of Education, and Linda McMahon, in her | ) | |
| official capacity as Secretary of Education, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Education
Office of General Counsel
400 Maryland Ave SW, Washington, DC 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julie Selesnick
Berger Montague PC
1001 G Street, NW
Suite 400 East
Washington DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  3/19/2025

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

| *Attorney or Party without Attorney:*<br>Julie Selesnick, Esq.<br>Berger Montague PC<br>2001 Pennsylvania Ave NW Suite 300<br>Washington, DC 20006<br>  *Telephone No:* | | *For Court Use Only* |
|---|---|---|
| *Attorney For:*   Plaintiff | *Ref. No. or File No.:*<br>AFT v US Dept of Education | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC District of Columbia | | |
| *Plaintiff:*   American Federation of Teachers<br>*Defendant:*   U.S. Dept. of Education, et al. | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>1:25-cv-00802-RBW |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; CIVIL COVER SHEET; DOCKET TEXT: CASE ASSIGNED TO JUSGE REGGIE B WALTON

3.   *a.   Party served:*      U.S. Department of Education
     *b.   Person served:*   June Canada, Confidential Assistant , authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:*   500 12th Street Southwest, Washington, DC 20024

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Mar 21 2025 (2) at: 11:16 AM

6.   **Person Who Served Papers:**
     a. Erik Advincula
     b. FIRST LEGAL
        3600 Lime Street, Suite 626
        RIVERSIDE, CA 92501
     c. (888) 599-5039

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____3/26/2025_____          _____
(Date)                                                (Signature)



PROOF OF
SERVICE

*12943366*
*(402762)*