**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

American Federation of Teachers,
555 New Jersey Ave. N.W.
Washington, DC 20001-2079

        Civil Action No. 1:25-cv-00802-RBW

        Plaintiff,

v.

U.S. Department of Education,
400 Maryland Avenue, SW
Washington, DC 20202

Linda McMahon, in her official
capacity as Secretary of Education,
400 Maryland Avenue, SW
Washington, DC 20202

        Defendants.

---

## <u>APPEARANCE OF COUNSEL</u>

To: The clerk and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for Plaintiff American Federation of Teachers ("AFT").

Dated: April 3, 2025        Respectfully submitted,

         /s/ Khandice Lofton___
        /s/ R.T. Winston Berkman-Breen_____
        Khandice Lofton (OH Bar No. 0101015)
        R.T. Winston Berkman-Breen
        Student Borrower Protection Center (a
        fiscally sponsored project of Shared Ascent
        Fund)
        40 Rector Street, 9th Floor
        New York, NY 10006
        314-666-0270
        khandice@protectborrowers.org