# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-802-RBW |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's motion for a temporary restraining order or preliminary injunction, ECF No. 10, Defendants' opposition thereto, ECF No. 25, and the entire record herein,

**IT IS HEREBY ORDERED** that Plaintiff's motion for a temporary restraining order or preliminary injunction, ECF No. 10, is **DENIED**.

Washington, D.C., this _____ day of _____, 2025.

_____
Reggie B. Walton
United States District Judge