IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-802-RBW |

**DEFENDANTS' MOTION TO RESET HEARING TIME**

Defendants respectfully move to reset the start time for the upcoming hearing on Plaintiff's motion for a temporary restraining order or preliminary injunction, ECF No. 10, to 1:30pm on April 17, 2025.[1]

Since the parties' scheduling conference with this Court on March 25, 2025, undersigned counsel for Defendants has been ordered to attend an in-person hearing in Phoenix, Arizona in connection with a long-running matter before the U.S. District Court for the District of Arizona. *See Arizona Yagé Assembly v. Bondi*, No. 20-cv-2373 (D. Ariz.). That hearing is scheduled to occur on April 16, 2025, at 3:00pm. To allow sufficient time for undersigned counsel to travel back to Washington, D.C. for the motion hearing in this matter, Defendants' respectfully request that the Court reset the start time for the hearing on Plaintiff's motion for a temporary restraining order or preliminary injunction from 10:30am to 1:30pm on April 17, 2025.

---

[1] Defendants note that, in response to questions from the Court, the parties have indicated their agreement that the hearing on Plaintiff's motion for a temporary restraining order or preliminary injunction should not go forward at this time. *See* ECF No. 26. Defendants file this scheduling request out of an abundance of caution, in case the Court nevertheless determines that the hearing should proceed.

- 2 -

Counsel for Defendants has consulted with counsel for Plaintiff regarding this motion, and Plaintiff reports that it does not oppose the relief requested.

Dated: April 11, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cody T. Knapp*
CODY T. KNAPP
Trial Attorney (NY #5715438)
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 532-5663
Facsimile: (202) 616-8470
E-mail: cody.t.knapp@usdoj.gov

*Counsel for Defendants*