IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *Plaintiff*, v. U.S. DEPARTMENT OF EDUCATION, *et al.*, *Defendants*. | No. 1:25-cv-802-RBW |

### [PROPOSED] ORDER

Upon consideration of Defendant's motion to reset the start time for the upcoming hearing on Plaintiff's motion for a temporary restraining order or preliminary injunction, ECF No. 27, and the entire record herein,

**IT IS HEREBY ORDERED** that Defendant's motion to reset the start time for the upcoming hearing on Plaintiff's motion for a temporary restraining order or preliminary injunction, ECF No. 27, is **GRANTED**; and

**ORDERED** that the hearing on Plaintiff's motion for a temporary restraining order or preliminary injunction shall commence at 1:30pm Eastern on April 17, 2025.

Washington, D.C., this _____ day of _____, 2025.

_____
Reggie B. Walton
United States District Judge