UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF TEACHERS, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 25-802 (RBW) |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Upon consideration of the parties' Joint Status Report, ECF No. 26, it is hereby

**ORDERED** that the Plaintiff's Motion for a Temporary Restraining Order or Preliminary Injunction, ECF No. 10, is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that the motion hearing on the plaintiff's motion for a temporary restraining order or preliminary injunction currently scheduled for April 17, 2025, at 10:30 a.m., is **VACATED**. It is further

**ORDERED** that on April 17, 2025, at 1:30 p.m., the parties shall appear for a status conference, via teleconference, to address the dispute between the parties regarding defendants' forthcoming notice on the processing of income-driven student loan repayment applications. It is further

**ORDERED** that the Defendant's Motion to Reset Hearing Time, ECF No. 27, is **DENIED AS MOOT**.

2

**SO ORDERED** this 14th day of April, 2025.

REGGIE B. WALTON<br>United States District Judge