IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Federation of Teachers, | Civil Action No. 1:25-cv-00802-RBW |
| Plaintiff, | |
| v. | |
| U.S. Department of Education, Linda McMahon, in her official capacity as Secretary of Education, | |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION TO USE THE PUBLIC ACCESS TELECONFERENCE LINE FOR THE APRIL 17, 2025, STATUS CONFERENCE**

Plaintiff respectfully moves this Court to make its Public Access Teleconference Line accessible for the public to call in for the status conference in this case, currently scheduled for April 17, 2025, at 1:30 PM.  Plaintiff respectfully further requests that the Court inform the public as soon as practicable that the telephone line will be available.

Pursuant to *In re: Prohibition on Photographing, Recording, Broadcasting, and Livestreaming Judicial Proceedings*, Standing Order 24-31 (JEB) (September 18, 2024), this Court is committed to providing broad public access to judicial proceedings that are not sealed or restricted by the judge for security or confidentiality.  There has been a significant amount of interest in the issues in this case from members of the general public, and a public line would make this hearing more accessible.  *See, e.g.,* Leah Sarnoff*, Teachers Sue Trump Admin for Stopping Affordable Student Loan Repayment Plans*, ABC News (Mar. 19, 2025, 6:46 PM); Annie Nova, *Union Sues Trump Administration for Shutting Down Student Loan Repayment Plans*, CNBC (Mar. 19, 2025, 9:03 AM); Jonathan Limehouse, *Trump Administration Sued for*

1

*'Effectively Breaking the Student Loan System'*, USA Today (Mar. 19, 2025, 11:31 AM); Adam S. Minsky, *Student Loan Borrowers Sue Trump Administration for Blocking Loan Forgiveness and Income-Driven Plans*, Forbes (Mar. 25, 2025, 9:00 AM); Rebecca Carballo*, Politico Pro: Teachers Union Sues Education Department for Blocking Access to Repayment Plans*, PoliticoPro (Mar. 19, 2025, 9:42 AM); Walter Hudson, *Education Department Faces Federal Lawsuit as Student Loan Crisis Deepens for Million*, Diverse Issues in Higher Education (Mar. 19, 2025). Undersigned counsel represents to the Court that Plaintiff and its counsel have received numerous contacts from members of the general public who have expressed interest in this case based on what they have read in the media.

Therefore, Plaintiff requests that the Court allow the public to use the following telephone number and meeting ID to access the hearing live:

> Telephone Number: 1-833-990-9400
> Meeting ID: 011366756

The Parties have conferred, and the Defendants do not oppose this motion. Thus, the Plaintiff respectfully requests that the court grant this motion so that the public may access the telephone line listed above. A proposed order is attached hereto.

Dated:   April 15, 2025

Respectfully submitted,

/s/ Khandice Renee Lofton
Julie Selesnick, DC Bar No. 485558
F. Paul Blank (*pro hac vice*)
BERGER MONTAGUE PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001
T. 202.221.5279
F. 215.875.4604
jselesnick@bm.net
pbland@bn.net

John G. Albanese (*pro hac vice*)

2

Eleanor Michelle Drake (*pro hac vice*)
BERGER MONTAGUE PC
1229 Tyler Street NE
Suite 205
Minneapolis, MN 55413
T. 612-594-5997
F. 612-584-4470
jalbanese@bn.net
emdrake@bm.net

Persis Yu, DC Bar No. 90014714
STUDENT BORROWER PROTECTION
CENTER (a fiscally sponsored project of the
Shared Ascent Fund)
1025 Connecticut Ave NW, #717
T. 202-618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen, NY Bar No. 5559372
Khandice Renee Lofton (*pro hac vice*)
STUDENT BORROWER PROTECTION
CENTER (a fiscally sponsored project of the
Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
T. 617-959-4386
winston@protectborrowers.org
khandice@protectborrowers.org

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that on April 15 2025, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

/s/ Khandice Renee Lofton
Khandice Renee Lofton
