IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-802-RBW |

**DEFENDANTS' NOTICE
RE: CORRECTED DECLARATION OF JAMES BERGERON**

Defendants hereby respectfully submit an amended Declaration of Acting Under Secretary of Education James Bergeron, attached hereto as Exhibit A.

This amended declaration corrects an inadvertent error contained in Mr. Bergeron's initial declaration, which was filed in support of Defendants' memorandum in opposition to Plaintiff's motion for a temporary restraining order or preliminary injunction. *See* ECF No. 25-1. Specifically, in Paragraph 18 of his initial declaration, Mr. Bergeron stated that the Department's servicers are presently working to update "the treatment of spousal information for ICR, PAYE and IBR such that married borrowers filing separate income tax returns or separated from their spouses will have *spousal income* counted for the purposes of calculating monthly payment amount under IDR plans." *See* ECF No. 25-1, ¶ 18 (emphasis added). Mr. Bergeron further characterized this update as "a required consequence of the Eighth Circuit's opinion directing a broadened preliminary injunction" in *Missouri v. Trump*, 128 F.4th 979 (8th Cir. 2025). *Id.*

That statement was erroneous. Rather, as reflected in the amended Declaration of Mr. Bergeron attached hereto as Exhibit A, servicers are presently working to update "the treatment of

spousal information for ICR, PAYE and IBR such that married borrowers filing separate income tax returns or separated from their spouses will have *the spouse counted in the family size* for the purposes of calculating monthly payment amount under IDR plans." Ex. A, ¶ 18 (emphasis added). This update is "a required consequence of the Eighth Circuit's opinion directing a broadened preliminary injunction," *id.*, because the 2023 IDR rule the Eighth Circuit has ordered to be enjoined changed the definition of "family size" to "exclude the spouse from the household size if the borrower is married filing separately," *Improving Income Driven Repayment for the William D. Ford Federal Direct Loan Program and the Federal Family Education Loan (FFEL) Program*, 88 Fed. Reg. 43,820, 43,834 (July 10, 2023). Family size, in combination with a borrower's adjusted gross income, is a factor in determining "how much discretionary income a person has available," 88 Fed. Reg. 43,823, which in turn is used to determine a borrower's monthly payment amount under the IBR, ICR, and PAYE plans. *See* 34 C.F.R. § 685.209(a)(2) (2023) (PAYE); 34 C.F.R. § 685.209(b) (2023) (ICR); 34 C.F.R. § 685.208(m) (2023) (IBR). But, to be clear, the inclusion of a spouse for purposes of determining family size does not involve the consideration of spousal income. Exhibit B, attached hereto, shows in redline the specific changes Mr. Bergeron has made to correct his declaration.

Defendants regret the error in their initial submission and respectfully request that the Court accept the corrected Declaration of Acting Under Secretary of Education James Bergeron.

- 3 -

Dated: April 15, 2025                           Respectfully submitted,

                                                YAAKOV M. ROTH
                                                Acting Assistant Attorney General

                                                MARCIA BERMAN
                                                Assistant Branch Director

                                                */s/ Cody T. Knapp*
                                                CODY T. KNAPP
                                                Trial Attorney (NY #5715438)
                                                U.S. Department of Justice
                                                Civil Division
                                                Federal Programs Branch
                                                1100 L St. NW
                                                Washington, D.C. 20005
                                                Telephone: (202) 532-5663
                                                Facsimile: (202) 616-8470
                                                E-mail: cody.t.knapp@usdoj.gov

                                                *Counsel for Defendants*