# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FEDERATION OF TEACHERS, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 25-802 (RBW) |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on April 17, 2025, it is hereby

**ORDERED** that, on or before April 25, 2025, the parties shall submit a joint status report regarding how they wish to proceed in this case.

**SO ORDERED** this 17th day of April, 2025.

REGGIE B. WALTON<br>
United States District Judge