UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>        Defendants. | No. 1:25-cv-802-RBW |

## NOTICE OF APPEARANCE

Please take notice that Stephen M. Pezzi, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants in the above-captioned matter.

Dated: April 21, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*