**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | No. 1:25-cv-802-RBW |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's order of April 17, 2025, ECF No. 31, the parties, having conferred, provide the following joint status report.  In an effort to resolve this matter without the need for intervention from the Court, the parties have agreed to the following, subject to the Court's approval:

1. The Department of Education will file a series of status reports that provide public information about certain of the topics raised in this litigation.

2. Defendants' first status report shall be due on May 15, 2025, and subsequent status reports will be due every 30 days thereafter.

3. Defendants will file at least three status reports.  After the filing of the third status report, the parties will confer about the need for further reporting, and (if necessary) will jointly or separately request relief from the Court to terminate or modify the reporting obligation.

4. Absent further order of the Court, the reporting obligation will automatically terminate after Defendants have filed six status reports.

5.  Each status report will include the following information about the month preceding the reporting period (*e.g.*, the May 15, 2025 status report will provide information about April 1 to April 30):

    a.  The number of income-driven repayment (IDR) applications that were pending at the end of the preceding month.

    b.  The number of IDR applications that were decided (that is, approved or denied) during the preceding month.

    c.  The number of Public Service Loan Forgiveness (PSLF) Buyback applications that were pending at the end of the preceding month.

    d.  The number of PSLF buyback applications that were decided (that is, for which the Department has completed its processing) during the preceding month.

6.  In Defendants' first status report (due on May 15, 2025), Defendants will also provide a list of forbearance types that are eligible for PSLF Buyback.

7.  Defendants' deadline to answer or otherwise respond to the complaint (and all other applicable deadlines) shall be stayed pending further order of the Court.

The parties respectfully request that the agreement above be adopted by order of the Court.

Dated:  April 25, 2025

*/s/ F. Paul Bland*
Julie Selesnick, DC Bar No. 485558
F. Paul Bland (pro hac vice)
BERGER MONTAGUE PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001
T. 202.221.5279
F. 215.875.4604
jselesnick@bm.net
pbland@bm.net

E. Michelle Drake (pro hac vice)
John G. Albanese (pro hac vice)
BERGER MONTAGUE PC
1229 Tyler Street NE
Suite 205
Minneapolis, MN 55413
T. 612-594-5999
emdrake@bm.net
jalbanese@bm.net


Persis Yu, DC Bar No. 90014714
STUDENT BORROWER PROTECTION
CENTER (a fiscally sponsored project of
the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, DC 20036
(202) 618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen, NY Bar No. 55593
Khandice Lofton (pro hac vice)
STUDENT BORROWER PROTECTION
CENTER (a fiscally sponsored project of
the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
winston@protectborrowers.org
khandice@protectborrowers.org

*Attorneys for Plaintiff*

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I certify that on April 25, 2025, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

*/s/ R.T. Winston Berkman-Breen*
R.T. Winston Berkman-Breen