UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION
OF TEACHERS,

    Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

    Defendants.

No. 1:25-cv-802-RBW

## ORDER

Upon consideration of the parties' Joint Status Report, it is hereby

**ORDERED** that the Department of Education will file a series of status reports that provide public information about certain of the topics raised in this litigation. It is further

**ORDERED** that, Defendants' first status report shall be due on or before May 15, 2025. It is further

**ORDERED** that Defendants shall file subsequent status reports every 30 days thereafter. It is further

**ORDERED** that Defendants will file at least three status reports. It is further

**ORDERED** that after the filing of the third status report, the parties will confer about the need for further reporting, and (if necessary) will jointly or separately request relief from the Court to terminate or modify the reporting obligation. It is further

**ORDERED** that the absent further order of the Court, the reporting obligation will automatically terminate after Defendants have filed six status reports. It is further

**ORDERED** that each status report will include the following information about the month preceding the reporting period (*e.g.*, the May 15, 2025 status report will provide information about April 1 to April 30):

a. The number of income-driven repayment (IDR) applications that were pending at the end of the preceding month.

b. The number of IDR applications that were decided (that is, approved or denied) during the preceding month.

c. The number of Public Service Loan Forgiveness (PSLF) Buyback applications that were pending at the end of the preceding month.

d. The number of PSLF buyback applications that were decided (that is, for which the Department has completed its processing) during the preceding month.

It is further

**ORDERED** that in Defendants' first status report (due on May 15, 2025), Defendants will also provide a list of forbearance types that are eligible for PSLF Buyback. It is further

**ORDERED** that Defendants' deadline to answer or otherwise respond to the complaint (and all other applicable deadlines) shall be stayed pending further order of the Court.

SO ORDERED this 28th day of April, 2025.

Reggie B. Walton
United States District Judge