IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>          *Plaintiff*,<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>          *Defendants*. | No. 1:25-cv-802-RBW |

## NOTICE OF WITHDRAWAL

Please take notice that Cody T. Knapp, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby withdraws his appearance in this case as counsel of record for Defendants, due to his impending departure from the Department. Defendants will continue to be represented in this case by the other attorneys from the Department of Justice who have entered appearances.

Dated: May 9, 2025

                                                Respectfully submitted,

                                                YAAKOV M. ROTH
                                                Acting Assistant Attorney General

                                                MARCIA BERMAN
                                                Assistant Branch Director

                                                */s/ Cody T. Knapp*
                                                CODY T. KNAPP
                                                Trial Attorney (NY #5715438)
                                                U.S. Department of Justice
                                                Civil Division
                                                Federal Programs Branch
                                                1100 L St. NW
                                                Washington, D.C. 20005
                                                Telephone: (202) 532-5663
                                                Facsimile: (202) 616-8470
                                                E-mail: cody.t.knapp@usdoj.gov

- 2 -

*Counsel for Defendants*