# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | No. 1:25-cv-802-RBW |

## STATUS REPORT

Pursuant to the Court's order of April 28, 2025, ECF No. 34, the United States Department of Education and Linda McMahon (in her official capacity as Secretary of Education) hereby provide the following information, which was provided to undersigned counsel by the Department of Education:

| Income-Driven Repayment (IDR) Applications | |
|---|---:|
| IDR applications decided (*i.e.*, approved or denied) during April 1-30, 2025 | 79,349 |
| IDR applications pending as of April 30, 2025 | 1,985,726 |

| Public Service Loan Forgiveness (PSLF) Buy Back Requests | |
|---|---:|
| PSLF Buy Back requests decided (*i.e.*, for which the Department of Education has completed processing) during April 1-30, 2025 | 1,472 |
| PSLF Buy Back requests pending as of April 30, 2025 | 49,318 |

| Types of Forbearance Eligible for PSLF Buy Back | | | | |
|---|---|---|---|---|
| **Citation (34 C.F.R § __ )** | **Forbearance Type** | **Forbearance Period** | **Eligible if Forbearance is before July 1, 2023**[1] | **Eligible if Forbearance is on or after July 1, 2023** |
| 685.205(a)(1) | The Secretary determines that, due to poor health or other acceptable reasons, the borrower or endorser is currently unable to make scheduled payments | The period established in the terms of the forbearance agreement (not to exceed 12-month increments), no maximum. | Y | Y |
| 685.205(a)(1) | Cancer Treatment forbearance – no qualifying loans | The period of the cancer treatment plus six months. | Y | Y |
| 685.205(a)(3) | Medical or Dental Internship/Residency | Actual period during which the borrower is eligible if the borrower has exhausted any eligibility for old-borrower internship/residency deferment; 12-month increments; no maximum. | Y | Y |
| 685.205(a)(9) | Department of Defense Student Loan Repayment Programs | Actual period during which the borrower is eligible; 12-month increments; no maximum. | Y | N/A[2] |

---

[1] In other words, this column addresses the question of eligibility when the period of forbearance for which PSLF credit is being claimed occurred before July 1, 2023. The next column answers the same question for periods of forbearance occurring on or after July 1, 2023.

[2] On this chart, N/A means that this type of forbearance is not eligible for buy back because it is automatically counted towards PSLF eligibility.

| Types of Forbearance Eligible for PSLF Buy Back | | | | |
|---|---|---|---|---|
| **Citation (34 C.F.R § __ )** | **Forbearance Type** | **Forbearance Period** | **Eligible if Forbearance is before July 1, 2023[1]** | **Eligible if Forbearance is on or after July 1, 2023** |
| 685.205(a)(4) | AmeriCorps | Actual period during which the borrower is eligible; 12-month increments; no maximum. | Y | N/A |
| 682.205(a)(7) | Active Military State Duty | Actual period during which the borrower is eligible if borrower qualifies for a post-active-duty deferment but not a military deferment; 12-month increments; no maximum. | Y | N/A |
| 685.205(a)(6) | Student Loan Debt Burden | 12-month increments; 3 years maximum. | Y | Y |

3

| Types of Forbearance Eligible for PSLF Buy Back | | | | |
|---|---|---|---|---|
| Citation (34 C.F.R § __ ) | Forbearance Type | Forbearance Period | Eligible if Forbearance is before July 1, 2023[1] | Eligible if Forbearance is on or after July 1, 2023 |
| 685.205(a)(5) | Teacher Loan Forgiveness[3] | Period during which borrower performs qualifying teaching service, if the expected forgiveness amount is expected to satisfy the anticipated outstanding balance of eligible loan(s) at the end of qualifying service; 12-month increments. | N | N |
| 685.205(b) | Hardship Forbearance | Can be granted if the borrower's monthly payments are equal to or greater than 20% of their monthly gross income. Can be granted for 12-month intervals not to exceed 36 months collectively with other forbearance types. | Y | Y |
| 685.205(b)(8) | Local or National Emergency | Period specified by the Department plus 30 days following the period. | Y | N/A |

---

[3] As indicated on the other columns of this chart, this type of forbearance is not eligible for PSLF Buy Back, regardless of timing. Nevertheless, Defendants are including it here for the sake of completeness and transparency.

| Types of Forbearance Eligible for PSLF Buy Back | | | | |
|---|---|---|---|---|
| **Citation (34 C.F.R § __ )** | **Forbearance Type** | **Forbearance Period** | **Eligible if Forbearance is before July 1, 2023[1]** | **Eligible if Forbearance is on or after July 1, 2023** |
| 685.205(b)(8) | Military Mobilization | Period specified by the Department plus 30 days following the period. | Y | N/A |
| 685.205(b)(8) | Designated Disaster Area | Period specified by the Department plus 30 days following the period. | Y | N/A |
| 685.205(b)(8) | CARES Act/Coronavirus | The period from March 13, 2020, to the end of the payment pause. | N/A | N/A |
| 685.205(b)(5) | Death | Date the loan holder receives reliable notification of death to the date the loan holder receives death certificate or other acceptable documentation. | Y | Y |

| Types of Forbearance Eligible for PSLF Buy Back | | | | |
|---|---|---|---|---|
| **Citation (34 C.F.R § __ )** | **Forbearance Type** | **Forbearance Period** | **Eligible if Forbearance is before July 1, 2023[1]** | **Eligible if Forbearance is on or after July 1, 2023** |
| 685.205(b)(6)(v) | Teacher Loan Forgiveness | The period while the loan holder is awaiting a completed Teacher loan forgiveness application, not to exceed 60 days. Date the loan holder receives a completed loan forgiveness application to date the loan holder receives either a denial or the loan forgiveness amount from holder of the loan. | Y | Y |
| 685.219(e)(3) | Public Service Loan Forgiveness | The period during which the Department is processing the PSLF application. | Y | Y |

| **Types of Forbearance Eligible for PSLF Buy Back** | | | | |
| **Citation (34 C.F.R § __ )** | **Forbearance Type** | **Forbearance Period** | **Eligible if Forbearance is before July 1, 2023[1]** | **Eligible if Forbearance is on or after July 1, 2023** |
| --- | --- | --- | --- | --- |
| 685.205(b)(5); 685.213(b)(1)(ii), (b)(3)(i), (c)(1)(i) | Total and Permanent Disability | 120 days from the date that the borrower contacts the Department claiming to be totally and permanently disabled and seeking a TPD discharge; an indefinite period during which the Department is evaluating the borrower's materially complete TPD Application. | Y | Y |
| 685.205(b) ("other") | On-Ramp | Beginning date to end date of On-Ramp forbearance. | Y | Y |
| 685.205(b)(1) | Borrower Ineligible for Deferment | Beginning date to ending date of the ineligible deferment. | Y | Y |
| 685.205(b)(2) | Delinquency before a Deferment | First date of overdue payment to the day before the beginning date of deferment | Y | Y |
| 685.205(b) ("other") | Delinquency before a Forbearance | First date of overdue payment to the day before the beginning date of other forbearance type. | Y | Y |

| Types of Forbearance Eligible for PSLF Buy Back | | | | |
|---|---|---|---|---|
| **Citation (34 C.F.R § __ )** | **Forbearance Type** | **Forbearance Period** | **Eligible if Forbearance is before July 1, 2023[1]** | **Eligible if Forbearance is on or after July 1, 2023** |
| 685.205(b)(3) | Late Notification of Out-of-School Dates | Date borrower should have entered repayment to date first or next payment was established. | Y | Y |
| 685.205(b)(4) | Delinquency Prior to Bankruptcy Filing | First date of overdue payment to the day before the borrower filed a bankruptcy petition. | Y | Y |
| 685.205(b) ("other") | Bankruptcy Filing | Period during which the borrower has an active bankruptcy case. | Y | Y |
| 685.218(c)(2) | Spouses and Parents of Victims of September 11, 2001 | 60 days from date application sent to borrower if application is not received by lender, and from date guarantor receives documentation to date of determination. | Y | Y |

| Types of Forbearance Eligible for PSLF Buy Back | | | | |
|---|---|---|---|---|
| **Citation (34 C.F.R § __ )** | **Forbearance Type** | **Forbearance Period** | **Eligible if Forbearance is before July 1, 2023[1]** | **Eligible if Forbearance is on or after July 1, 2023** |
| 685.205(b)(6)(i), (ii), (iii), (iv), (vi), and (vii); 685.214(f)(2),(4); 685.215(d)(1)-(2); 685.216(e)(1)-(2); 685.222(e)(2) | Borrower Defense, Closed School, False Certification, Unpaid, Refund Bankruptcy | 60 days from date application sent to borrower if application is not received by lender, and from date guarantor receives documentation to date of determination. | Y | Y |
| 685.205(b), 685.215 (d)(1)("other") | Identity Theft | For 120 days following the date that the lender receives an identity theft report or notification from a credit bureau that information reported by the lender was because of identity theft. | Y | Y |
| 685.205(b) ("other") | Delinquency after Deferment or Mandatory Forbearance | Deferment or mandatory forbearance end date to establishment of next payment due date. | Y | Y |
| 685.205(b) ("other") | Change to Repayment Plan | First date of overdue payment to the day before the borrower enters a new repayment plan. | Y | Y |

| Types of Forbearance Eligible for PSLF Buy Back | | | | |
|---|---|---|---|---|
| **Citation (34 C.F.R § __ )** | **Forbearance Type** | **Forbearance Period** | **Eligible if Forbearance is before July 1, 2023[1]** | **Eligible if Forbearance is on or after July 1, 2023** |
| 685.205(b)(9) | Documentation for Deferment, Forbearance, Change to Repayment Plan, or Consolidation | Period of up to 60 days necessary to collect and process documentation supporting borrower's request for deferment, forbearance, change in repayment plan, or consolidation (DL only). | Y | N/A |
| 685.205 (b) ("other") | Loan Sale or Transfer | First date of delinquency to date loan is sold or transferred if the loan is less than 60 days delinquent. | Y | Y |
| 685.205(b) ("other"); DCL GEN-10-16 | Natural Disasters, Local or National Emergency, Military Mobilization | From date borrower affected, not to exceed 3 months for each occurrence. | Y | N/A |
| 685.205(b)(10) | Repayment Alignment – PLUS/Stafford | Until end of in-school deferment or post enrollment deferment on PLUS loan disbursed on or after July 1, 2008, or until end of the grace period on Stafford loan. | Y | Y |

| Types of Forbearance Eligible for PSLF Buy Back | | | | |
|---|---|---|---|---|
| **Citation (34 C.F.R § __ )** | **Forbearance Type** | **Forbearance Period** | **Eligible if Forbearance is before July 1, 2023[1]** | **Eligible if Forbearance is on or after July 1, 2023** |
| 685.205(a)(8) | Technical Default status requires Borrower reaffirmation to repay | 270 days or more delinquent, but not yet transferred to DMCS, limited to 120 days. | Y | Y |
| 685.205 (b) ("other") | Joint Consolidation Loan Separation | From the date instructed by the Ombudsman until the date on which the Joint Consolidation Loan Separation application process was made available to the public (application posted and applications being processed). | Y | Y |
| 685.205 (b) ("other") | IDR Forgiveness Opt Out Period | From the date the servicer receives the Forgiveness Notification File through the date that the borrower opts out or the forgiveness is completed. | Y | Y |
| 685.205 (b) ("other") | Cancer Treatment forbearance – at least 1 qualifying loan | The period of the cancer treatment plus six months. | Y | Y |

| Types of Forbearance Eligible for PSLF Buy Back | | | | |
|---|---|---|---|---|
| **Citation (34 C.F.R § __ )** | **Forbearance Type** | **Forbearance Period** | **Eligible if Forbearance is before July 1, 2023[1]** | **Eligible if Forbearance is on or after July 1, 2023** |
| 685.205(b) ("other") | Remediation of Servicing Issues | The period of time a loan is put into forbearance to resolve a servicing issue | Y | N/A |
| 685.205 (b) ("other") | "general" SAVE | The period of time a loan is put into forbearance as a result of the administrative stay related to the IDR Final Rule | Y | Y |

Dated:  May 15, 2025                                  Respectfully submitted,

                                                      YAAKOV M. ROTH
                                                      Acting Assistant Attorney General

                                                      MARCIA BERMAN
                                                      Assistant Branch Director

                                                      <u>/s/ Stephen M. Pezzi</u>
                                                      STEPHEN M. PEZZI (D.C. Bar No. 995500)
                                                      Senior Trial Counsel
                                                      United States Department of Justice
                                                      Civil Division, Federal Programs Branch
                                                      1100 L Street, NW
                                                      Washington, DC 20005
                                                      Tel: (202) 305-8576
                                                      Email: stephen.pezzi@usdoj.gov

                                                      *Counsel for Defendants*