# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>              Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>              Defendants. | No. 1:25-cv-802-RBW |

## STATUS REPORT

Pursuant to the Court's order of April 28, 2025, ECF No. 34, the United States Department of Education and Linda McMahon (in her official capacity as Secretary of Education) hereby provide the following information, which was provided to undersigned counsel by the Department of Education:

| Income-Driven Repayment (IDR) Applications | |
|---|---|
| IDR applications decided (*i.e.*, approved or denied) during June 1-30, 2025 | 186,731 |
| IDR applications pending as of June 30, 2025 | 1,511,504 |

| Public Service Loan Forgiveness (PSLF) Buy Back Requests | |
|---|---|
| PSLF Buy Back requests decided (*i.e.*, for which the Department of Education has completed processing) during June 1-30, 2025 | 2,224 |
| PSLF Buy Back requests pending as of June 30, 2025 | 65,448 |

Dated: July 16, 2025                                     Respectfully submitted,

                                                              BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

<u>/s/ Stephen M. Pezzi</u>
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*