**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| American Federation of Teachers, | Civil Action No. 1:25-cv-00802-RBW |
| Plaintiff, | |
| v. | |
| U.S. Department of Education, Linda McMahon, in her official capacity as Secretary of Education, | |
| Defendants. | |

## JOINT MOTION REGARDING FIRST AMENDED COMPLAINT

Plaintiff American Federation of Teachers ("Plaintiff") jointly with Defendants U.S. Department of Education and Linda McMahon ("Defendants") (together, the "Parties"), having conferred, respectfully move the Court to enter the attached proposed Order setting a deadline for Plaintiff to file the First Amended Complaint, and related briefing.  In support, the Parties state as follows:

1. On March 18, 2025, Plaintiff filed the initial Complaint in this matter (ECF No. 1).

2. On April 28, 2025, the Court entered an Order setting deadlines for Defendants to provide status reports to the Court and staying Defendants' deadline to answer or otherwise respond to the initial Complaint (ECF No. 34).

3. Plaintiff proposes to file a First Amended Complaint, to which Defendants have consented, with the caveat of the agreements laid out herein:

   a. Plaintiff shall file said First Amended Complaint by September 9, 2025 and an accompanying renewed Motion for Preliminary Injunction by September 16, 2025.

1

b.      Defendants shall review the First Amended Complaint and promptly confer with
Plaintiff about a schedule for Defendants' response to the First Amended
Complaint.  The Parties will file a joint status report reflecting their proposal on
that subject (or separate proposals, if they cannot reach agreement) no later than
September 18, 2025.  In the interim, the Parties respectfully request that
Defendants' deadline to answer or otherwise respond to the First Amended
Complaint be stayed.

c.      The Parties respectfully request that the Court enter the following schedule for
briefing on Plaintiff's forthcoming motion for a preliminary injunction:

Plaintiff's Motion for Preliminary Injunction: **September 16, 2025**

Defendants' Opposition: **October 10, 2025**

Plaintiff's Reply: **October 17, 2025**

4.      The Parties submit a proposed Order concurrently with this Joint Motion.


Dated: September 8, 2025                    Respectfully submitted,

/s/ John G. Albanese_____

Julie Selesnick, DC Bar No. 485558
F. Paul Blank (*pro hac vice*)
BERGER MONTAGUE PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001
T. 202.221.5279
F. 215.875.4604
jselesnick@bm.net
pbland@bn.net

John G. Albanese (*pro hac vice*)
Eleanor Michelle Drake (*pro hac vice*)
BERGER MONTAGUE PC
1229 Tyler Street NE

Suite 205
Minneapolis, MN 55413
T. 612-594-5997
F. 612-584-4470
jalbanese@bn.net
emdrake@bm.net

Persis Yu, DC Bar No. 90014714
STUDENT BORROWER PROTECTION
CENTER (a fiscally sponsored project of the
Shared Ascent Fund)
1025 Connecticut Ave NW, #717
T. 202-618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen, NY Bar No.
5559372
Khandice Renee Lofton (*pro hac vice*)
STUDENT BORROWER PROTECTION
CENTER (a fiscally sponsored project of the
Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
T. 617-959-4386
winston@protectborrowers.org
khandice@protectborrowers.org

*Attorney for Plaintiff*

Dated: September 8, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch


/s/Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

3

Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 8, 2025, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

/s/John G. Albanese
John G. Albanese, *pro hac vice*
