UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION
OF TEACHERS,

          Plaintiff,

    v.

U.S. DEPARTMENT OF EDUCATION, *et al.*,

          Defendants.

No. 1:25-cv-802-RBW

## STATUS REPORT

Pursuant to the Court's order of April 28, 2025, ECF No. 34, the United States Department of Education and Linda McMahon (in her official capacity as Secretary of Education) hereby provide the following information, which was provided to undersigned counsel by the Department of Education:

| Income-Driven Repayment (IDR) Applications | |
|---|---:|
| IDR applications decided (*i.e.*, approved or denied) during August 1-31, 2025 | 305,641 |
| IDR applications pending as of August 31, 2025 | 1,076,266 |

| Public Service Loan Forgiveness (PSLF) Buy Back Requests | |
|---|---:|
| PSLF Buy Back requests decided (*i.e.*, for which the Department of Education has completed processing) during August 1-31, 2025 | 5,600 |
| PSLF Buy Back requests pending as of August 31, 2025 | 74,510 |

Dated: September 15, 2025  Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

<u>/s/ Stephen M. Pezzi</u>
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*