**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 25-802 (RBW) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

Upon consideration of the parties' Joint Motion Regarding First Amended Complaint, ECF No. 40, and for good cause shown, it is hereby

**ORDERED** that the plaintiff shall file its motion for preliminary injunction on or before September 16, 2025. It is further

**ORDERED** that, on or before October 10, 2025, the defendants shall file their combined opposition to the plaintiff's motion for preliminary injunction. It is further

**ORDERED** that, on or before October 17, 2025, the plaintiff shall file its reply to the defendants' opposition. It is further

**ORDERED** that the parties' obligation to file status reports every 30 days is **VACATED**, unless and until otherwise ordered by the Court. It is further

**ORDERED** that, on October 31, 2025, at 10:30 a.m., the parties shall appear for a motion hearing. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 16th day of September, 2025.

REGGIE B. WALTON  
United States District Judge