UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| American Federation of Teachers, *et al.*, | Civil Action No. 1:25-cv-00802-RBW |
| Plaintiffs, | |
| v. | **[PROPOSED] PRELIMINARY INJUNCTION** |
| U.S. Department of Education, and Linda McMahon, in her official capacity as Secretary of Education, | |
| Defendants. | |

---

Upon consideration of the plaintiffs' motion for preliminary injunction, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendants Secretary Linda McMahon and the U.S. Department of Education are **ENJOINED** from prohibiting access to income-driven plans for student loan borrowers and are **ORDERED** to (1) process loan cancellations for all borrowers enrolled in the Income-Based Repayment ("IBR") plan, Income-Contingent Repayment ("ICR") Plan or the Pay as You Earn ("PAYE") Plan and eligible for cancellation; (2) stop denying and to reprocess improperly denied IBR applications for failing to demonstrate a partial financial hardship; and (3) process applications for Public Student Loan Forgiveness ("PSLF") buybacks for members of the American Federation of Teachers.  The defendants shall file weekly updates regarding the above including the number of loan cancellations effectuated, and the number of PSLF buyback applications processed until further order of the Court.

**SO ORDERED**.

Date: _____

                                                                                            _____
Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE