IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Federation of Teachers *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Education, Linda McMahon, in her official capacity as Secretary of Education,<br><br>Defendants. | Civil Action No. 1:25-cv-00802-RBW<br><br>DECLARATION OF NICOLE BABCOCK IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR A PRELIMINARY INJUNCTION |

I, NICOLE BABCOCK, hereby declare as follows:

1. I am a member of the American Federation of Teachers, plaintiff in the above-captioned matter. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Plaintiffs' Renewed Motion for a Preliminary Injunction.

3. I am a student loan borrower who believes I have satisfied my student loan debt obligations, but my loans have not been cancelled.

4. I reside in Port Crane, New York, and I currently work as a Registered Nurse for the state.

5. I have accumulated approximately $46,000 in student loan debt to obtain my postsecondary education.

6. I have consistently made payments on my student debt in pursuit of Public Service Loan Forgiveness ("PSLF"). I have never been in default or delinquency.

7. I enrolled in the Saving on A Valuable Education ("SAVE") plan to make more

affordable payments and because that plan counts toward PSLF, but due to the legal challenges to the SAVE plan, I have been stuck in forbearance for over a year, unable to make the last qualifying payments I needed to achieve PSLF.

8. I should have satisfied PSLF requirements around July 2025; however, several of the months I have spent in the SAVE forbearance have not counted toward PSLF.

9. I submitted PSLF Buyback applications on June 5, 2025, and June 23, 2025, to recoup the time I spent in the SAVE forbearance. I have not heard back from my servicer regarding either application. True and accurate copies of the emails confirming my submitted Buyback applications are attached as Exhibit A.

10. As of September 2025, my loans have not been discharged.

11. I took on a public service loan job, with less pay, because I relied upon the promise of PSLF to have my loans forgiven after 10 years of payments.

12. My family is significantly impacted by the uncertainty of the future of my student loan debt situation because without forgiveness, our payments will be higher than our mortgage payment.

13. My husband and I both have student loan debt, so being forced to pay on both loans will be a tremendous burden on our family's finances.

14. If my loans are not cancelled, I will be forced to make payments to avoid the consequences of delinquency and default.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 16, 2025.

_____
NICOLE BABCOCK

**Exhibit A**

## PSLF Reconsideration Case #: ▇▇▇ 864

From: Public Service Loan Forgiveness (customerservice@studentaid.gov)

Date: Thursday, June 5, 2025 at 01:31 PM EDT



Dear Nicole Connolly,

Thank you for submitting a Public Service Loan Forgiveness Reconsideration request.  Your case number is #▇▇▇ 864.

Please retain this number for reference.

Because of the number of requests, reconsideration reviews may take some time. We will provide the status or results of your reconsideration request via email, and thank you for your patience.

Sincerely,

Federal Student Aid

This email was sent by: Office of Federal Student Aid

U.S. Department of Education

400 Maryland Ave. SW,

Washington, DC, 20002, US

If you wish to contact us, please use the StudentAid.gov contact

page. For more information about financial aid, visit

StudentAid.gov.

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

## PSLF Reconsideration Case #: 2306

From: Public Service Loan Forgiveness (customerservice@studentaid.gov)

To:

Date: Monday, June 23, 2025 at 11:08 AM EDT



Dear Nicole Connolly,

Thank you for submitting a Public Service Loan Forgiveness Reconsideration request. Your case number is 2306.

Please retain this number for reference.

Because of the number of requests, reconsideration reviews may take some time. We will provide the status or results of your reconsideration request via email, and thank you for your patience.

Sincerely,

Federal Student Aid

This email was sent by: Office of Federal Student Aid

U.S. Department of Education

400 Maryland Ave. SW,

Washington, DC, 20002, US

If you wish to contact us, please use the StudentAid.gov contact page. For more information about financial aid, visit StudentAid.gov.

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.