IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Federation of Teachers *et al.*, | Civil Action No. 1:25-cv-00802-RBW |
| Plaintiffs, | |
| v. | |
| U.S. Department of Education, Linda McMahon, in her official capacity as Secretary of Education, | **DECLARATION OF SANDY CASHMAN IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR A PRELIMINARY INJUNCTION** |
| Defendants. | |

I, SANDY CASHMAN, hereby declare as follows:

1. I am a plaintiff in the above-captioned matter, and am a member of the American Federation of Teachers union, Plaintiff in the above-captioned matter. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Plaintiffs' Renewed Motion for a Preliminary Injunction.

3. I am a student loan borrower who believes I have satisfied my student loan debt obligations, but my loans have not been canceled.

4. I reside in Olympia, Washington, and I am retired after 35 years of service working for the State of Washington.

5. I have accumulated approximately $115,847.42 in student loan debt to obtain my and my daughter's post-secondary education.

6. I have persistently made payments on my loans for the past 20 years, depending upon the promise of cancellation through IDR once I have satisfied my payment obligations. I have never been in default or delinquency.

1

7.  I enrolled in the Saving on A Valuable Education ("SAVE") plan to make more affordable payments, but due to the legal challenges related to the SAVE plan, I applied to switch to the Income-Based Repayment ("IBR") plan in June 2025 so that I could continue to make progress toward forgiveness.

8.  When I was approved for IBR in July 2025, I was informed by Federal Student Aid that I had made 240 payments, that my repayment obligations had been satisfied, and that my status would be sent to the Department of Education for review and loan discharge.

9.  On February 16, 2025, I consulted Federal Student Aid's loan repayment plan calculator, which indicated that I had 241 of 240 necessary qualifying payments. A true and accurate copy of the calculator from that date is attached here as Exhibit A.

10. On March 27, 2025, I consulted Federal Student Aid's loan repayment plan calculator, and it still showed that I had made 241 qualifying payments, making my loans eligible for cancellation under IBR. A true and accurate copy of the calculator from that date is attached here as Exhibit B.

11. As of September 2025, I have not had my loans discharged. I have continued making monthly payments of $687 a month while awaiting cancellation.

12. If my loans are not discharged, I will have to continue making payments amounting to $687 a month, an amount that is unaffordable for me, but I will pay out of fear of the consequences of becoming delinquent.

13. This $687 monthly payment is a significant financial burden with cascading negative effects. I am stuck between choosing to pay for my private medical care for severe Rheumatoid Arthritis, about $800 a month, or paying student loan debt that should no longer exist. Since our family budget cannot absorb the full cost of home-care services and my student loan

payment, we have chosen to use some household savings to cover both. We were looking forward to increasing our household savings safety net when my loan was discharged. Now, we have to raid that account and hope nothing breaks. We have had to defer important household maintenance projects, such as replacing old, single-pane windows from circa 1941. My husband is a good man, but at 81 with increasing age-related dementia, he can no longer safely maintain our house as he once was able to, which means we would need to pay contractors to help.

14. If my loans are not discharged before the new year, I may be at risk of facing tax liability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 16, 2025.

SANDY CASHMAN

**Exhibit A**



# Income-Based Repayment (IBR) Plan

**2-16-25**

✓ Lowest Total Paid Over Time

**Monthly Payment**
$0

**Total To Be Paid**
$0

**Forgiveness Amount** ⓘ
$115,041

**Payment Period**
Up to 20 Yrs

**Estimated Forgiveness Date**
Feb 2025

**Repayment Type** ⓘ
Income Based

**Qualifying IDR Payment(s)** ⓘ
241 of 240
(-1 remaining payments)

**Exhibit B**

# Income-Based Repayment (IBR) Plan

**3-27-25**

✓ Lowest Total Paid Over Time

**Monthly Payment**
$0

**Total To Be Paid**
$0

**Forgiveness Amount** ⓘ
$115,041

**Payment Period**
Up to 20 Yrs

**Estimated Forgiveness Date**
Mar 2025

**Repayment Type** ⓘ
Income Based

**Qualifying IDR Payment(s)** ⓘ
241 of 240
(-1 remaining payments)

🔒 studentaid.gov