IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

American Federation of Teachers, *et al.*,

    Plaintiffs,

v.

U.S. Department of Education, Linda McMahon, in her official capacity as Secretary of Education,

    Defendants.

Civil Action No. 1:25-cv-00802-RBW

**DECLARATION OF PATRICE HOLNESS IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR A PRELIMINARY INJUNCTION**

I, PATRICE HOLNESS, hereby declare as follows:

1. I am a member of the American Federation of Teachers union, Plaintiff in the above-captioned matter. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Plaintiffs' Renewed Motion for a Preliminary Injunction.

3. I am a student loan borrower who believes I have satisfied my student loan debt obligations, but my loans have not been canceled.

4. I reside in Union, New Jersey, and am a school social worker.

5. I have approximately $109,000 in federal student loan debt.

6. I have been making payments on my loans for over 10 years while working in a public service job.

1

7. I am currently enrolled in the Income-Based Repayment (IBR) plan. I initially enrolled in IBR in or around 2010 to lower my monthly payments, which would have been approximately $1,500 otherwise.

8. I had previously been in the Saving on An Affordable Education (SAVE) plan during the Biden Administration. However, I applied to switch back to the IBR plan because of the legal challenges with the SAVE plan. I needed to be in a plan that would count toward Public Service Loan Forgiveness ("PSLF"), and I was not accruing PSLF credit while in the forbearance related to the SAVE plan litigation. I was re-enrolled in the IBR plan again in or around August 2025, and my monthly payments are approximately $600 per month.

9. According to a letter from the U.S. Department of Education's Office of Federal Student Aid, as of September 7, 2025, I have 116 of the 120 necessary qualifying payments for PSLF. A true and accurate copy of that letter is attached here as Exhibit A.

10. I submitted a PSLF Buyback application to the U.S. Department of Education in around January 2025, and then again in around March 2025. I need the Buyback program to receive credit toward PSLF for the time that my loans were placed in the SAVE plan litigation forbearance. According to the Department's September letter, I only need 4 more qualifying payments, and I was in the SAVE plan ligation forbearance for longer than 4 months.

11. Carrying this debt has been extremely stressful. I have dedicated my career to serving communities where my expertise and skillset are most needed, and while I value the work deeply, it has come with significant financial sacrifice. Balancing loan payments on top of my mortgage, car payment, insurance, and other living expenses has created ongoing strain. The delay in PSLF cancellation has only prolonged both the financial burden and the emotional stress of managing these obligations.

12.     The longer that my PSLF cancellation is delayed, the longer that I am saddled with this debt that I should no longer owe and on which I must continue making monthly payments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2025.

*[signature]*
PATRICE HOLNESS

# Exhibit A



09-07-2025

Patrice Holness
███████████████
Union, NJ ████

Dear Patrice,

We are pleased to provide you with an update about your progress toward Public Service Loan Forgiveness (PSLF) or Temporary Expanded PSLF (TEPSLF).

**PSLF/TEPSLF Status**

| Loan Disbursement Date | Loan Type | Balance | Servicer | PSLF EPs | PSLF QPs | TEPSLF EPs | TEPSLF QPs |
|---|---|---|---|---|---|---|---|
| 02/24/2012 | Direct Consolidation Subsidized | 24395.76 | DEPT OF ED/MOHELA | 157 | 116 | 157 | 116 |
| 04/30/2010 | Direct Consolidation Subsidized | 14636.01 | DEPT OF ED/MOHELA | 164 | 116 | 164 | 116 |
| 04/30/2010 | Direct Consolidation Unsubsidized | 26001.17 | DEPT OF ED/MOHELA | 164 | 116 | 164 | 116 |
| 02/24/2012 | Direct Consolidation Unsubsidized | 43880.50 | DEPT OF ED/MOHELA | 157 | 116 | 157 | 116 |

*The information above was generated as of the date of this letter and may not reflect real-time activity since the submission of your most recent PSLF form.*

The table above includes your eligible payments that require employment certification and your PSLF/TEPSLF qualifying payments.

- An eligible payment (EP) meets qualifying monthly payment requirements for PSLF or TEPSLF, but employment has not yet been certified for that month.

- Once certified employment has been approved, it is matched to an EP and results in a PSLF/TEPSLF qualifying payment (QP). However, if you consolidate your loans on or after September 1, 2024, and the dates of your employment are prior to the consolidation, a weighted average will be applied to determine your QP count from the loans included in your consolidation loan.

- To receive PSLF/TEPSLF, you need 120 months of qualifying payments.

If you have any questions about your PSLF form submission, this letter, or the PSLF or TEPSLF programs, please visit StudentAid.gov/publicservice to learn more or call us at 1-888-303-7818. To view your certified employment and PSLF payment history, log in to StudentAid.gov/login with your account username and password. After you log in, navigate to My Aid where you can get this information as soon as it is updated. You may also access prior PSLF form submissions on your account through My Activity.

Sincerely,
Federal Student Aid
U.S. Department of Education