IN THE UNITD STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Federation of Teachers *et al.*, | Civil Action No. 1:25-cv-00802-RBW |
| Plaintiffs, | |
| v. | |
| U.S. Department of Education, Linda McMahon, in her official capacity as Secretary of Education, | **DECLARATION OF KIVA IVERSON IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR A PRELIMINARY INJUNCTION** |
| Defendants. | |

I, KIVA IVERSON, hereby declare as follows:

1. I am a plaintiff in the above-captioned matter, and am a member of the American Federation of Teachers union, Plaintiff in the above-captioned matter. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Plaintiffs' Renewed Motion for a Preliminary Injunction.

3. I am a student loan borrower who has satisfied my student loan debt obligations, but my loans have not been canceled.

4. I reside in Culver City, California, and work full-time for a diagnostic testing company.

5. I have accumulated approximately $252,659.12 in student loan debt to obtain my postsecondary education with the hopes of building a better life.

6. I began repayment on my loans over 25 years ago. At no point have I ever been in default or delinquency.

1

7. Before consolidating my loans, I was paying $1,321.54 a month under the Extended Repayment plan. I consolidated my loans in 2024 so that I could apply for an Income-Driven Repayment (IDR) plan, specifically the Saving on A Valuable Education (SAVE) plan, so that I could make more affordable payments. However, at that time, the SAVE plan was blocked in the federal courts, so I was enrolled in a different IDR plan called the Income Contingent Repayment plan (ICR).

8. On November 13, 2024, I was informed by a Federal Student Aid employee that I had 324 qualifying payments that made me eligible for cancellation under any of the IDR plans. He informed me that cancellation under SAVE or ICR was blocked by the federal courts, and that I should not make any changes until he looked into other options. A true and accurate copy of this exchange is attached here as Exhibit A.

9. On January 14, 2025, I was informed by a Federal Student Aid employee that the Department of Education would not cancel borrowers' loans under the SAVE or ICR plans because of the legal challenges to the SAVE plan. A true and accurate copy of this exchange is attached here as Exhibit B.

10. On January 17, 2025, the same Federal Student Aid employee advised that I could apply to switch my repayment plan to the Income-Based Repayment (IBR) plan, and that the Department was still cancelling loans through the IBR plan. A true and accurate copy of this exchange is attached here as Exhibit C.

11. I applied for IBR in July 2025 and, in August 2025, was denied enrollment into IBR because I did not prove that I was experiencing a partial financial hardship. A true and accurate copy of my denial letter is attached here as Exhibit D.

12. I am stuck in forbearance, waiting for my debt to be cancelled after being told that my loans have satisfied the requirements for cancellation under the IDR program. If my loans are not discharged by the new year, I can face significant tax implications.

13. Now I am concerned that I will be forced to continue to make unaffordable payments on my debt or risk the severe consequences of becoming delinquent or entering default on federal student loans that should be long gone.

14. I feel the weight of my student loans every day. This has been a major stressor in my life all these years, paying on my student loans, and I still owe more than what I actually borrowed. I have no savings. I wish to move on with my life, and maybe one day buy a home, but I feel buried and stuck.

15. The process of trying to get my student loans forgiven, with all the waiting, has caused me a lot of anxiety. I feel like I've been dragged along for a year now. Being told that my student loans should be forgiven, but then to not have it happen, has been extremely overwhelming. I'm devastated to still have this student loan debt hanging over my head, and find it depressing.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: September 14, 2025.

_Kiva Iverson_
KIVA IVERSON

3

**Exhibit A**

**From:** Federal Student Aid Information Center
customerservice@studentaid.gov
**Subject:** Re: Loans ███ 0092
[ thread::xAVjGe9qeROfVm6AAVJdTRg:: ]
**Date:** Nov 13, 2024 at 8:51:26 AM

Hi,

Good news. My system is now showing your loan has 324 qualifying payments for IDR. That exceeds the threshold for forgiveness on all our IDR plan, including the one you are on now, ICR.

As you know, the Department is blocked by federal courts from forgiving loans on the SAVE plan. Forgiveness on ICR is also tied up in that. My advice right now is to not make any changes. I will look into your options to switch to another plan, but I want to make sure there are no unintended consequences of doing that first. I'll follow up when I know more.

Bradley

--------------- Original Message ---------------
**From:** Kiva Iverson ███
**Sent:** 11/8/2024, 5:02 PM
**To:** customerservice@studentaid.gov
**Subject:** Re: Loans ███ 0092 [ thread::xAVjGe9qeROfVm6AAVJdTRg:: ]

Hi Bradley,

Just checking in again to see if my one time IDR payment count adjustment has been made. Which was supposed to happen in September. ?

**Exhibit B**

**From:** Federal Student Aid Information Center
customerservice@studentaid.gov
**Subject:** Re: Loans ███ 0092
[ thread::xAVjGe9qeROfVm6AAVJdTRg:: ]
**Date:** Jan 14, 2025 at 1:21:19 PM

Hello,

I'm so sorry to hear about your mom's home. The fires have been awful to watch from afar.

I'm also sorry to report that your loans are not slated to be forgiven this month. The Department is going to forgive only loans on the Income-Based Repayment (IBR) plan that have reached 25 years. Forgiveness on other plans, like ICR that you're on, is still on pause. It has to do with the lawsuits against the SAVE plan as to why they can process some but not others.

Since you are still in the voluntary forbearance, I recommend you stay there until I get clearer guidance about whether switching plans would work. The SAVE lawsuit will have to get resolved eventually, and then we will know what happens with the rest of the plans.

I will share updates when I can.

Bradley

--------------- Original Message ---------------
**From:** Kiva Iverson ███
**Sent:** 1/13/2025, 2:55 PM
**To:** customerservice@studentaid.gov
**Subject:** Re: Loans ███ 0092 [ thread::xAVjGe9qeROfVm6AAVJdTRg:: ]

**Exhibit C**

From: Federal Student Aid Information Center
customerservice@studentaid.gov
Subject: Re: Loans ████0092
[ thread::xAVjGe9qeROfVm6AAVJdTRg:: ]
Date: Jan 17, 2025 at 12:19:34 PM

Kiva,

I personally still have reason to think this will get resolved eventually. The Department is only blocked from forgiving your loans now because of this pending lawsuit.

This week, the Department shared an update about SAVE with some advice about forgiveness: Department of Education Updates on Saving on a Valuable Education (SAVE Plan) | U.S. Department of Education

We are encouraging people to try to switch to the plan called IBR, which is the one we can still process forgiveness on. The only problem with IBR is that you must have a "partial financial hardship," which is a ratio of your debt to income. There isn't a simple calculator I can use to know if you qualify. I recommend you submit a new IDR application and select IBR. If you qualify, you will be moved into IBR and hopefully put in line for forgiveness. If not, you will stay on your ICR plan to await the decision on SAVE.

Submit the application online and upload income documentation: Apply for or Manage Your Income-Driven Repayment Plan | Federal Student Aid

Let me know how that goes.

Bradley

--------------- Original Message ---------------
**From:** Kiva Iverson ████████████
**Sent:** 1/16/2025, 5:48 PM

**To:** customerservice@studentaid.gov
**Subject:** Re: Loans ▮▮▮0092 [ thread::xAVjGe9qeROfVm6AAVJdTRg:: ]

Hi Bradley,

Thank you. I am heartbroken and devastated about not getting my student loan forgiven and about my mom's home.

Not sure what to do next as a lot of interest is accruing on my loan.

After almost 27 years of repayment I still owe way more than my original loan amounts. And I still have the private student loans.

Desperate,
Kiva

Sent from my iPhone

On Jan 14, 2025, at 1:21 PM, Federal Student Aid Information Center <customerservice@studentaid.gov> wrote:

?

Hello,

I'm so sorry to hear about your mom's home. The fires have been awful to watch from afar.

**Exhibit D**



PO BOX 300002
GREENVILLE, TX 75403-3002

800-722-1300

KIVA D IVERSON

CULVER CITY CA

**Account number:** ███323 - 1                                              08/14/25

# KIVA,

We're not able to approve your Income-Driven Repayment request.

Based on the documentation you provided, your financial circumstances do not meet the federal definition of "partial financial hardship" required for Income-Driven Repayment.

**What you should know**
If your financial circumstances change and you meet the federal definition of 'partial financial hardship', you may reapply by logging into StudentAid.gov to submit a new application and income documentation. We recommend you provide consent for the Department of Education (ED) to obtain your federal tax information directly from the IRS; this will enable ED to calculate your IDR plan monthly payment amount and automatically renew your IDR plan annually.

**We're here to help**
If you have any questions about your account or your options, visit us online at Aidvantage.studentaid.gov or give us a call at 800-722-1300. Our hours of operation can be found online at Aidvantage.studentaid.gov/contact-us.

**Important disclosure(s)**

*Servicing of federal student loans*
Your federal student loans referenced in this letter are owned by the U.S. Department of Education. The terms of the federal student loan programs are not determined by Aidvantage, they are established by federal law, in particular by the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations. Among other things, the law and regulations set borrowing limits, interest rates, eligibility for subsidies, repayment plans, capitalization of interest, and loan forgiveness. As your loan servicer, Aidvantage is required to administer your loans on behalf of the U.S. Department of Education in accordance with the law.

*Your loan servicer*
Your loans are serviced by Aidvantage (NMLS# 2241381).

*Avoiding scams*
You **never** have to pay a fee for help with your federal student aid. If you have questions or concerns about your loan payments, you can contact Aidvantage for free help through Aidvantage.studentaid.gov. You might be contacted by a company via phone, email, or postal mail saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. Make sure you work **only** with the U.S.

Aidvantage I P.O. Box 300001 I Greenville, TX
800-722-1300 I Aidvantage.studentaid.gov

𝕏 @Aidvantage         ▶ @howtoaidvantage

Aidvantage is an official servicer of Federal Student Aid,
an office of the U.S Department of Education.

Learn more at StudentAid.gov

Department of Education's loan servicers, including Aidvantage, will never reveal your personal information or account password to anyone. Learn to [avoid student aid scams](#) at studentaid.gov/resources/scams. Our emails to borrowers come from customerservice@aidvantage.studentaid.gov. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.