IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

American Federation of Teachers, *et al.*,

        Plaintiffs,

v.

U.S. Department of Education, Linda McMahon, in her official capacity as Secretary of Education,

        Defendants.

Civil Action No. 1:25-cv-00802-RBW

**DECLARATION OF LISA NAUGLE IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR A PRELIMINARY INJUNCTION**

I, LISA NAUGLE, hereby declare as follows:

1. I am a plaintiff in the above-captioned matter. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in Support of Plaintiffs' Renewed Motion for a Preliminary Injunction.

3. I am a student loan borrower who believes I have satisfied my student loan debt obligations, but my loans have not been canceled.

4. I reside in Colorado Springs, CO, where I work for a financial services firm.

5. I currently owe approximately $198,000 in student loan debt, and I have been diligently making payments for over 25 years. I have at no point been in default or delinquency.

6. I have been relying upon the Income-Based Repayment ("IBR") plan to make my payments affordable.

7. After consolidating my loans in 2022, my loans were transferred to Nelnet in April 2023 and I was eventually placed into the Saving on A Valuable Education ("SAVE") plan. I

1

applied to switch back to IBR in December 2024 due to the legal challenges, so that I could continue to make payments, albeit more expensive, and have my debt cancelled through the IBR program. I was put on forbearance while they processed my application and was able to resume making IBR payments in March 2025.

8. In or around April 2025, I checked my account on StudentAid.gov, which indicated that I had 299 of the 300 qualifying payments necessary to qualify for debt cancellation through IDR. Shortly after I checked my account, in April 2025, the Defendant removed the ability to track IDR credit from borrowers' accounts. I continued to make monthly payments on my loans. A true and accurate copy of my account from April 2025 is attached here as Exhibit A.

9. Because of my persistence and continued payments, I reached 300 qualifying payments in or around May 2025.

10. However, the Administration has refused to process my cancellation, and I have been forced to continue to make payments under IBR, amounting to over $700 a month.

11. I find it frustrating that so many people say that students who applied for loan forgiveness programs are freeloaders and shouldn't be "let off the hook" for the debt. However, someone's opinion of me or the merit of these plans is not what is in question in this case. Rather it is the fulfilment of a contract that is at issue.

12. I was the first in my family to get a four-year college degree. After graduating with no debt through a combination of a partial merit scholarship, work-study program, part time jobs, and the help of my hard-working parents, I chose to pursue a doctorate because I wanted to help people. When I graduated five years later, I accepted a position at the university in which I earned $17,000 a year in the year I was to start paying back my loan. The payment on the standard ten-year repayment plan would have been about $1270 per month.

2

13. Because of this, I entered into an agreement in good faith with the U.S. Government in in which I agreed to pay 20 percent of my income for the next 25 years, and they agreed to forgive any debt remaining at the end of that term. I did not "manipulate the system," rather I signed onto a program established by Congress to help Americans afford the high cost of higher education.

14. Unfortunately, my salary didn't come close to what I had hoped it would be, and for a number of years I lived below the poverty level, even working part time jobs to supplement my income. Watching the debt continue to grow even as I continued to pay was beyond stressful. I spent many nights lying awake from the anxiety. Every financial decision I have made for the past 25 years has been made with this debt in mind, and I eventually changed careers entirely.

15. I have upheld my end of the bargain without any delinquency or default even as my loan was outsourced, my servicers, plans, and payment terms were changed multiple times, and the rules of the loans and forgiveness now seem to be revised almost daily.

16. I am appalled and astonished, after seeing on the Department of Education's website that I had only one payment out of 300 left to pay, that they have "paused" forgiveness and continue to take payments for a debt I believe I have legally fulfilled. To make the situation worse, if they choose to pause cancellation until 2026, they may effectively run out the clock on the American Rescue Plan Act that Congress passed to make forgiveness non-taxable through 2025. I certainly don't feel rescued. I feel like I have been swimming upstream for the past 25 years only to be thrown a bowling ball rather than a life preserver when I finally approached the shore.

17. I have done everything to uphold my end of the promise to pay back my loans, but I still have not obtained the cancellation. As long as cancellation is withheld, I will have to continue

to make expensive payments and further be burdened with this debt, or risk becoming delinquent or defaulting on my debt and experiencing the severe consequences that come with that. If my loans are not discharged before the new year, I will be at risk of significant tax liability.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: September 15, 2025.

                                                                      */s/*
                                          LISA NAUGLE

4

**Exhibit A**

