**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

American Federation of Teachers, *et al.*,

            Plaintiffs,

     v.

U.S. Department of Education, Linda
McMahon, in her official capacity as
Secretary of Education,

            Defendants.

Civil Action No. 1:25-cv-00802-RBW

**DECLARATION OF PHILIP WHITLEY
IN SUPPORT OF PLAINTIFFS'
RENEWED MOTION FOR A
PRELIMINARY INJUNCTION**

I, PHILIP WHITLEY, hereby declare as follows:

    1.    I am a plaintiff in the above-captioned matter and am a member of the American

Federation of Teachers union, Plaintiff in the above-captioned matter. I am above the age of 18

and have personal knowledge of the facts set forth in this Declaration.

    2.    I submit this Declaration in support of Plaintiffs' Renewed Motion for a

Preliminary Injunction.

    3.    I am a student loan borrower who believes I have satisfied my student loan debt

obligations, but my loans have not been canceled.

    4.    I reside in the Province of Nouvelle-Aquitaine, France, and am retired.

    5.    When I graduated, I incurred over $110,000 in student loan debt. That debt has now

ballooned to $756,605.84.

    6.    I have been making payments on my loans for over 25 years.

    7.    I am currently enrolled in the Income-Based Repayment (IBR) plan. I had

previously been in the IBR plan, but then switched to the Saving on An Affordable Education

(SAVE) plan during the Biden Administration. However, I applied to switch back to the IBR plan in November 2024 because of the legal challenges with the SAVE plan. I began IBR payments again in or around February 2025.

8.    According to a message from the Department of Education, as of February 2025, I had made 310 qualifying payments for the IBR plan and therefore qualify for IBR cancellation. According to this same message, as of February 2025, I had made 306 qualifying payments for the Income-Contingent Repayment (ICR) and Pay As You Earn (PAYE) plans and therefore also qualified for ICR and PAYE cancellation. A true and accurate copy of this message is attached here as Exhibit A.

9.    However, because the Administration has not cancelled my loans, I have been forced to continue to make monthly payments of approximately $105 under the IBR plan. I have continued to make payments because of the severe consequences of becoming delinquent or entering default on federal student loans. As a result, I believe I have now made 317 and 313 qualifying payments, respectively.

10.    If my loans are not discharged before the new year, I will be at risk of significant tax liability.

11.    This entire process with my loans has been incredibly stressful, and not just financially. The emotional stress that I have endured has pushed me to seek the support of a therapist.

12.    When you work for years to make regular monthly payments and are approaching a forgiveness threshold, which was passed into law by Congress many years ago, it is stressful. When you've surpassed that date by 15 months and not even received a message from the federal government agency responsible for delivering on their legal duty, the stress is incredible. This

2

extremely uncomfortable situation has removed any trust I've had in my government and its simple ability to honor laws - laws that <u>it</u> passed many, many years ago.

13.     The vast majority of the debt that I owe is compounded interest. This, combined with a government that will not honor congressionally passed law and supporting my 82-year-old mother, has added to my stress.

14.     The longer that IBR cancellation is delayed, the longer that I am saddled with this debt that I should no longer owe and on which I must continue making monthly payments.


I declare under penalty of perjury that the foregoing is true and correct.
Executed on: September 15, 2025.

_____

PHILIP WHITLEY

3

**Exhibit A**

🇺🇸 An official website of the United States government.

Help Center | Contact Us

  **Federal Student Aid** | NSLDS
AN OFFICE of the U.S. DEPARTMENT of EDUCATION

KALYNN WOLLARD - 06 - DALLAS, TX ⌄

| Aid Recipient | School | Enrollment | FVT/GE | Data Providers | Reports | Admin Tools | Resources | 🔍 Search Aid |
|---|---|---|---|---|---|---|---|---|

ℍ  **SSN:** ▇▇▇▇  **DOB:** ▇▇▇  **Name:** PHILIP H. WHITLEY  **Role(s):** Student        Clear Aid Recipient

# IDR Payment Progress Counts

IDR Dashboard > IDR Loan Detail > IDR Payment Progress Count

IDR Payment Progress Counts

### ICR Payment Counts

Qualifying Payments: 306        Ineligible Payments: 8

### SAVE Payment Counts

Qualifying Payments: 310        Ineligible Payments: 4

### IBR Payment Counts

Qualifying Payments: 310        Ineligible Payments: 4

### PSLF Payment Counts

Eligible Payments: 264        Ineligible Payments: 56

### PAYE Payment Counts

Qualifying Payments: 306        Ineligible Payments: 8

### TEPSLF Payment Counts

Eligible Payments: 264        Ineligible Payments: 56

> 2025
> 2024
> 2023
> 2022
> 2021
> 2020
> 2019
> 2018
> 2017
> 2016
> 2015
> 2014
> 2013

> 2012

> 2011

> 2010

> 2009

> 2008

> 2007

> 2006

> 2002

> 2001

> 2000

> 1999

> 1998

> 1997

> 1996

> 1995

> 1994

**KNOWLEDGE CENTER**

Knowledge Center Home

FSA Handbook

Knowledge Center FAQ

**TRAINING**

Training Resources

FSA Training Conference

Financial Aid Toolkit

**FINANCIAL AID DELIVERY**

Application & Verification

Calculating Awards & Packaging

Origination & Disbursement

Campus-Based Processing

Return of Title IV Funds

Reconciliation & Closeout

Default Prevention & Management

**TITLE IV PROGRAM ELIGIBILITY**

Title IV Participation Application

Maintain Eligibility

Audit Submission

Appeals

Cybersecurity

School Closures

**MORE INFO**

About NSLDS Professional Access

Help Center

Frequently Asked Questions (FAQ)

Feedback Center

Important Dates

Data Center

Federal **Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

PROUD SPONSOR of
the AMERICAN MIND®

FOIA | Privacy | Notices | usa.gov | ed.gov | Security