UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| American Federation of Teachers, *et al.*, | Civil Action No. 1:25-cv-00802-RBW |
| Plaintiffs, | |
| v. | |
| U.S. Department of Education, Linda McMahon, in her official capacity as Secretary of Education, | DECLARATION OF SARAH TAMMELLEO IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR A PRELIMINARY INJUNCTION |
| Defendants. | |

---

I, Sarah Tammelleo, hereby declare as follows:

1. I am the Senior Director of Research, Strategic Initiatives and Economic Security for the American Federation of Teachers ("AFT"), a plaintiff in the above-captioned matter. I am over the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Plaintiffs' Renewed Motion for a Preliminary Injunction.

3. AFT is a membership organization representing 1.8 million pre-K through 12th-grade teachers, early childhood educators, paraprofessionals, and other school-related personnel; higher education faculty and professional staff; federal, state, and local government employees; and nurses and other healthcare professionals.

4. AFT's mission is to promote fairness, democracy, economic opportunity, and high-quality public education, healthcare, and public services for students, their families and communities. It meets this mission by ensuring its members receive fair pay and benefits for their critical work, and by fighting for safe working conditions that also benefit students, patients, and

1

all those who use public services. Helping children and students, and ensuring the economic security and dignity of AFT's members and their families, is at the core of this mission

5. AFT takes a leading role in fighting for the financial stability of public service, education, and health care workers, particularly when it comes to the increasingly crippling costs of education.

6. In my role as Senior Director, I manage our national economic security program, which includes support for members with student loans.

7. This work is critical to meeting our mission. Based on our internal data, and conversations with members, we know that many of our AFT's members have student loan debt and 75% of our members work in roles that are eligible for public service loan forgiveness.

8. Thousands of AFT's members have previous access and/or are eligible for the Income-Based Repayment Plan, the Income-Contingent Repayment Plan, the Pay as You Earn Plan, and the Revised Pay as You Earn Plan.

9. The Student Debt Clinic is the American Federation of Teacher's member education and engagement program for student loan borrowers within our membership. It was created with three goals in mind: (1) to educate our members about Income-Driven Repayment ("IDR") and Public Service Loan Forgiveness ("PSLF") programs which, when utilized together, can lead to monthly savings on student loan payments and can lead to the discharge of the remaining balance after 120 payments while working for at least 30 hours a week in public service; (2) to create a core of trained activists who would be able conduct student debt clinics within their affiliates and serve as "first responders" to members questions about student debt through our Train-the-Trainer program; and (3) to provide affiliates with a program that engaged their members on an issue that

2

was important to them and create an on-ramp for further engagement and activism within their union.

10. Since August 2016, we have recorded 940 Student Debt Clinic events (both clinics and Train-the-Trainers) that have had over 26,000 people register.

11. After attending a Student Debt Clinic, members require follow-up support which often requires a forensic investigation of the borrower's loan disposition.

12. Thanks to a close relationship with the Office of the Federal Student Aid Ombudsperson, we were often able to find solutions that allowed long-time borrowers to ensure that their time in public service counted towards forgiveness. However, since March 11, 2025, those employees are no longer employed at the Department of Education and we are left without a significant resource to help our members.

13. The estimated time commitment for AFT staff in running the Student Debt Clinic program is 2.5 Full Time Employees (FTE). In total, AFT has dedicated tens of thousands of dollars and over two thousand hours of valuable staff time toward helping its members with their student loans. These resources could have been used for other work that the union undertakes, such as collective bargaining; retirement security; healthcare; student learning conditions; and educators', public employees' and healthcare workers' working conditions, but our members have made it clear that they need help with their student loans.

14. When the Department of Education stopped accepting and processing IDR applications in February 2025, we had to reassess our Student Debt Clinic curriculum to ensure we could provide accurate information to our members. My team and I have received numerous concerning messages and requests for assistance from AFT members.

15. One member shared she is concerned that if she does not have access to IDR and PSLF, she will default on her loans or will be required to file bankruptcy.

16. Another member shared that she delayed having a baby because of her student debt and only just had a baby because she is close to receiving PSLF forgiveness. Now, with access to PSLF effectively paused, she is worried that she cannot save for childcare or her baby's future because of her loans. Because of her experience, she plans to discourage her child from going to college and taking out debt.

17. Another member said that she is retiring this year after a career in teaching, but her student loan payments just increased and she cannot lower them using IDR; her student loan payments are currently higher than her mortgage payments, and her debt-to-income ratio is preventing her from refinancing her mortgage.

18. One member, a public school teacher, shared that she is a single parent, and is already struggling to provide for her children's basic needs. She said her student loans are crushing her and that she relies on programs like IDR and PSLF, which she believes are made to help people like her.

19. Even since the Department restored the IDR application, my staff and I have received and reviewed numerous stories like these, and have received more requests for assistance related to IDR and PSLF access. We have heard from numerous members who should qualify for PSLF but have pending Buyback applications, and who could satisfy their PSLF requirements my making more IDR payments, but whose IDR applications have been pending for months.

20. Since April 2025, we have held 11 Student Debt Clinics with 420 registrants and have sent staff to affiliate chapters in Oregon and New Mexico to help explain the status of federal student loan policy, including access to IDR and PSLF, to over 200 members.

4

21. We have also had to significantly revise our Student Debt Clinic curriculum to reflect the changes to availability and processing of IDR and PSLF.

22. Outside of the Student Debt Clinics, my staff and I have assisted approximately 30 members with their student loans and access to IDR and PSLF, including at least six that require extensive assistance. These include cases in which members have pending PSLF Buyback and IDR applications that the Department has not processed.

23. In response to this clear cry for assistance from our members, I have spent a significant amount of time reprioritizing my work and spending half—approximately 80 hours—of my time supervising staff, updating clinic materials, supporting member-activist trainers in understanding the new material, and supporting borrowers who are trying to understand how to navigate the system that has grown more complex or who are rightfully concerned that paperwork filed months ago that should have led to their loans being forgiven have not been processed.

24. This additional workload has put significant strain on me and other staff at AFT who have been unable to appropriately support members, meet deadlines for deliverables related to other economic security programs, collective bargaining, and research.

25. The AFT is committed to expanding economic security programs for members and was developing a new financial literacy clinic curriculum to help members. The program development has been delayed due to the actions of the Department and the need to reallocate resources away from that program to meet the new demand from members with student debt.

26. The AFT was preparing to end a multi-year contract with a technology company called Summer which provides direct services to members with student debt. Due to the uncertainty and lack of communication from the Department, AFT staff have had a significant increase in communication from members seeking help. AFT has been unable to educate and

5

advise members and the union has had to reallocate resources totaling $250,000.00 and extend the contract through June 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 16, 2025.

Sarah Tammelleo

6