# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Federation of Teachers, *et al.*, | Civil Action No. 1:25-cv-00802-RBW |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| U.S. Department of Education, and Linda McMahon, in her official capacity as Secretary of Education, | |
| Defendants. | |

Upon consideration of the plaintiffs' motion for class certification, it is hereby **ORDERED** that the motion is **GRANTED**. The following classes are certified under Fed. R. Civ. P. 23(b)(2) for claims against the defendants under the Administrative Procedures Act:

**IDR Denial Class**:
All borrowers who have had their IDR application denied because their IBR application was denied after July 4, 2025 due to an asserted lack of a partial financial hardship.

**IBR Cancellation Class**:
All borrowers who have made the required payments for loan cancellation under the IBR program but have not yet received cancellation.

**ICR Cancellation Class:**
All borrowers who have made the required payments for loan cancellation under the ICR or PAYE plans but have not yet received cancellation.

Plaintiff Iverson is appointed the class representative for the IDR Denial Class. Plaintiffs Iverson, Whitley, Naugle, and Cashman are appointed the class representatives for the IBR Cancellation Class and the ICR Cancellation Class. Berger Montague PC and the Student Borrower Protection Center are appointed as class counsel.

The Court finds that the Classes and the claims satisfy the applicable prerequisites for class action treatment under Fed. R. Civ. P. 23, namely:

    a.    The classes are so numerous that joinder of all members is impracticable;

    b.    There are questions of law and fact common to the class members;

    c.    The claims of the proposed class representatives are typical of the claims of the class members;

    d.    The proposed class representatives and class counsel have, and will continue to, fairly and adequately represent and protect the interests of all class members; and

    e.    The defendants have acted or refused to act on grounds that apply generally to the Classes, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the Classes as a whole.

**SO ORDERED**.

Date:

                                                Hon. Reggie B. Walton
                                                UNITED STATES DISTRICT JUDGE