# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Federation of Teachers, *et al.*, | Civil Action No. 1:25-cv-00802-RBW |
| Plaintiff, | |
| v. | |
| U.S. Department of Education, Linda McMahon, in her official capacity as Secretary of Education, | NOTICE OF BUSINESS NAME CHANGE |
| Defendants. | |

### NOTICE OF BUSINESS NAME CHANGE

Plaintiff's counsel files this Notice of Change to inform the court that, as of September 9, 2025, the Student Borrower Protection Center (a fiscally sponsored project of Shared Ascent Fund) will be doing business as Protect Borrowers (a fiscally sponsored project of Shared Ascent Fund). The change is to Plaintiff's counsel's name only, as counsel from Protect Borrowers will not change their phone numbers, mailing addresses, or email addresses. This change will apply to the following attorneys in this case: Persis Yu, R.T. Winston Berkman-Breen, and Khandice Renee Lofton.

Dated: September 18, 2025

 

Respectfully submitted,
/s/ Khandice Renee Lofton
Persis Yu, DC Bar No. 90014714
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
T. 202-618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen, NY Bar No. 5559372
Khandice Renee Lofton (*pro hac vice*)

PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
T. 617-959-4386
winston@protectborrowers.org
khandice@protectborrowers.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 18, 2025, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

/s/ Khandice Renee Lofton
Khandice Renee Lofton