UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FEDERATION OF TEACHERS et al., | ) ) ) ) |  |
| Plaintiffs, | ) ) | Civil Action No. 25-802 (RBW) |
| v. | ) ) ) |  |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) ) |  |
| Defendants. | ) ) ) |  |

**ORDER**

Upon consideration of the parties' Joint Motion To Stay Answer Deadline And Set Class Certification Briefing Schedule, ECF No. 47, and for good cause shown, it is hereby

**ORDERED** that the defendants shall file their response to the plaintiffs' motion for class certification, ECF No. 45, on or before October 10, 2025.  It is further

**ORDERED** that the plaintiffs shall file their reply to the defendants' response to the plaintiffs' motion for class certification on or before October 17, 2025.  It is further

**ORDERED** that the defendants' deadline to answer or otherwise respond to the plaintiffs' First Amended Complaint ("FAC"), ECF No. 41, is **STAYED** pending resolution of the plaintiffs' motion for a preliminary injunction ECF No. 44.  It is further

**ORDERED** that during the motion hearing on October 31, 2025, at 10:30 a.m., the parties shall be prepared to address the Court regarding the plaintiffs' motion for preliminary injunction as well as the plaintiffs' motion for class certification.  It is further

**ORDERED** that within 14 days of the Court's resolution of the plaintiffs' motions for a preliminary injunction and class certification, the parties shall file a joint status report reflecting

2

their proposal (or separate proposals, if they cannot reach an agreement) regarding how the processing of this case should proceed, including the deadline by when the defendants must answer or otherwise respond to the FAC.

**SO ORDERED** this 23rd day of September, 2025.

REGGIE B. WALTON
United States District Judge

Case 1:25-cv-00802-RBW   Document 50   Filed 09/23/25   Page 2 of 2