# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | No. 1:25-cv-802-RBW |

### DEFENDANTS' UNOPPOSED MOTION FOR A STAY OF BRIEFING FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION IN LIGHT OF LAPSE OF APPROPRIATIONS

Federal Defendants hereby move for a stay of briefing for Plaintiffs' motion for preliminary injunction, ECF No. 44, in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. In light of the lapse of appropriations, this Court issued Standing Order No. 25-55 (JEB), which extended federal Defendants' filing deadlines in civil actions and civil miscellaneous matters—except with respect to temporary restraining orders and preliminary injunctions— "by the number of days equal to the length (in days) of the lapse of appropriations plus ten days,

provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days."

4. As a result, federal Defendants' deadline to respond to Plaintiffs' motion for class certification, ECF No. 45, has been extended, but their deadline to respond to Plaintiffs' motion for preliminary injunction has not been extended. This Court has previously agreed to put both motions on the same briefing schedule, ECF No. 50.

5. Undersigned counsel for the Department of Justice therefore requests a stay of briefing for Plaintiffs' motion for preliminary injunction until Congress has restored appropriations to the Department.

6. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the guidelines set forth in Standing Order No. 25-55.

7. In addition, Defendants respectfully request that the Court vacate the motion hearing set for October 31, 2025, at 10:00 a.m., with respect to both the preliminary injunction and class certification motions. The parties will confer on possible dates to reset the hearing once the lapse in appropriations ends, and will propose possible dates to the Court.

8. Opposing counsel has authorized counsel for the Government to state that the Plaintiffs have no objection to this motion, as Plaintiffs agree that both the preliminary injunction and class certification motions should be briefed and argued on the same schedule.

9. Plaintiffs maintain that they and the putative class members face severe tax consequences if the relief sought in their preliminary injunction and class certification motions is not provided before January 1, 2026. Plaintiffs respectfully request that the Court permit them to file

a motion seeking relief from Standing Order No. 25-55 (JEB) by October 10, 2025, which would ask the Court to set a new briefing schedule and hearing date for both motions.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing for Plaintiffs' motion for preliminary injunction until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated:  October 2, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Winston Shi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: 202-880-0387
E-mail: winston.g.shi@usdoj.gov

*Counsel for Defendants*