UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS <u>et al.</u>, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 25-802 (RBW) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF EDUCATION, <u>et al.</u>, | ) ) ) |
| Defendants. | ) ) ) |

**<u>ORDER</u>**

Upon consideration of the Defendants' Unopposed Motion For A Stay Of Briefing For Plaintiffs' Motion For Preliminary Injunction In Light Of Lapse Of Appropriations, ECF No. 51, and for good cause shown, it is hereby

**ORDERED** that briefing on the Plaintiffs' Motion For Preliminary Injunction, ECF No. 44, is **STAYED** until Congress restores appropriations to the U.S. Department of Justice.  It is further

**ORDERED** that the motion hearing scheduled for October 31, 2025, at 10:00 A.M., regarding the plaintiffs' motion for a preliminary injunction and Plaintiffs' Motion For Class Certification, ECF No. 45, is **VACATED**.  It is further

**ORDERED** that once Congress restores appropriations, the parties shall confer regarding a date for the Court to hear arguments on the plaintiffs' motions for a preliminary injunction and class certification.  It is further

**ORDERED** that once Congress restores appropriations to the U.S. Department of Justice, the parties' filing deadlines regarding the plaintiffs' motions for preliminary injunction and class

certification shall be **EXTENDED** by the number of days equal to the length in days of the lapse of appropriations plus ten days.  However, if the lapse of appropriations is seven days or fewer, such extension of time shall be the number of days equal to the length in days of the lapse of appropriations plus five days.  See D.D.C. Standing Order No. 25-55 (JEB).  It is further

      **ORDERED** that if the plaintiffs request to set a new briefing schedule and hearing date for their motion for a preliminary injunction and class certification before the lapse in appropriations ends, the plaintiffs shall file such request on or before October 10, 2025.

      **SO ORDERED** this 4th day of October, 2025.

                                              REGGIE B. WALTON
                                              United States District Judge