UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>        Defendants. | No. 1:25-cv-802-RBW |

## JOINT STATUS REPORT

The Parties, having conferred, provide the following joint status report. To resolve the pending Motion for Preliminary Injunction, ECF Nos. 44 & 49-1, and Motion for Class Certification, ECF No. 45, without the need for intervention from the Court, the Parties have agreed to the following, subject to the Court's approval:

1. The Parties respectfully ask the Court to extend the deadline by which Plaintiffs must request to set a new briefing schedule and hearing date for their motions for a preliminary injunction and class certification from October 10, 2025, ECF No. 52, to October 17, 2025.

The Parties respectfully request that the foregoing agreement be adopted by order of the Court.

Dated: October 9, 2025

*/s/ R. T. Winston Berkman-Breen*
Julie Selesnick, DC Bar No. 485558
F. Paul Bland (*pro hac vice*)
BERGER MONTAGUE PC
1001 G Street, NW
Suite 400 East

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Winston Shi*

Washington, DC 20001
T. 202.221.5279
F. 215.875.4604
jselesnick@bm.net
pbland@bm.net

E. Michelle Drake (*pro hac vice*)
John G. Albanese (*pro hac vice*)
BERGER MONTAGUE PC
1229 Tyler Street NE
Suite 205
Minneapolis, MN 55413
T. 612-594-5997
F. 612-584-4470
emdrake@bm.net
jalbanese@bm.net

Persis Yu, DC Bar No. 90014714
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, DC 20036
(202) 618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen, NY Bar No. 55593
Khandice Lofton (*pro hac vice*)
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
(617) 959-4386
winston@protectborrowers.org
khandice@protectborrowers.org

*Attorneys for Plaintiffs*

STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-880-0387
winston.g.shi@usdoj.gov

*Counsel for Defendants*