# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | No. 1:25-cv-802-RBW |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Status Report, it is hereby

**ORDERED** that the deadline by which Plaintiffs must file a motion to set a new briefing schedule and hearing for Plaintiffs' Motion for a Preliminary Injunction, ECF No. 44, and Plaintiffs' Motion for Class Certification, ECF No. 45, before the lapse in appropriations ends is extended from October 10, 2025, ECF No. 52, to October 17, 2025.

**SO ORDERED** this ____ day of _____, 2025.

_____

United States District Judge