# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FEDERATION OF TEACHERS et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 25-802 (RBW) |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the defendants' Status Report, ECF No. 58, and the Court's October 23, 2025, Order that the defendants shall file a status report every thirty days for the next five months, see Order (Oct. 23, 2025), ECF No. 55, it is hereby

**ORDERED** that, on May 28, 2026, at 9:30 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

**SO ORDERED** this 19th day of December, 2025.

REGGIE B. WALTON<br>
United States District Judge