UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | No. 1:25-cv-802-RBW |

### STATUS REPORT

Pursuant to the Court's order of October 23, 2025, ECF 55, the United States Department of Education (ED) and Linda McMahon (in her official capacity as Secretary of Education) hereby provide the following information, which ED provided to undersigned counsel:

**I.    Data Tables**

| Income-Driven Repayment (IDR) Applications | |
|---|---|
| IDR applications received during February 1-28, 2026 | 243,258 |
| IDR applications decided (approved or denied) during February 1-28, 2026 | 329,169 |
| - Approved | 296,118 |
| - Denied | 33,051 |
| IDR applications pending as of February 28, 2026 | 576,609 |
| IDR plan discharges during February 1-28, 2026 | 0[1] |
| - Discharges under the Income-Based Repayment Plan | 0 |
| - Discharges under the Original Income Contingent Repayment Plan | 0 |
| - Discharges under the Pay As You Earn Plan | 0 |

| Public Service Loan Forgiveness (PSLF) Buyback Applications | |
|---|---|
| PSLF Buyback applications received during February 1-28, 2026 | 4,180 |
| PSLF Buyback applications decided (approved or denied) during February 1-28, 2026 | 2,520 |
| - Approved | 2,040 |
| - Denied | 410 |
| - Closed without decision due to missing information | 70 |
| PSLF Buyback applications pending as of February 28, 2026 | 88,170 |
| PSLF discharges during February 1-28, 2026 | 12,640 |

## II.   Notes to Data Tables

*(1) IDR Discharges.* As previously discussed, every other month, ED runs discharge eligibility checks for the IBR, Original ICR, and PAYE plans through the National Student Loan Data Service (NSLDS). *See* ECF 58 at 5; ECF 61 at 2. The most recent check took place in January. ECF 61 at 2. Discharges from that batch processed in early March.

ED is scheduled to identify the next batch of borrowers in March, after the due date for this status report. ED anticipates that the March batch will include borrowers who became discharge-eligible after April 2025, including borrowers reliant on the criteria for qualifying forbearances and deferments set forth in 34 C.F.R. § 685.209(k)(4)(iv).[1]

*(no further notes; signature block on following page)*

---

[1] For context, NSLDS is coded to apply the § 685.209(k)(4)(iv) criteria set forth in the SAVE Plan Final Rule. As ED previously explained, a combination of legal and technical difficulties prevented ED from using NSLDS to identify borrowers who became eligible for loan discharges in or after April 2025, when the U.S. District Court for the Eastern District of Missouri enjoined the § 685.209(k)(4)(iv) criteria. *See* ECF 60 at 2–4. In January, ED resolved the technical issues. *See* ECF 61 at 2. In March, the district court authorized ED to apply the criteria. *See* Order of March 10, 2026, *Missouri v. Trump*, No. 4:24-cv-520, ECF 102.

Dated: March 16, 2026                    Respectfully submitted,

                                                                           BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Winston Shi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-880-0387
winston.g.shi@usdoj.gov

*Counsel for Defendants*