**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | No. 1:25-cv-802-RBW |

**STATUS REPORT**

Pursuant to the Court's order of October 23, 2025, ECF 55, the United States Department of Education (ED) and Linda McMahon (in her official capacity as Secretary of Education) hereby provide the following information, which ED provided to undersigned counsel:

I.      **Data Tables**

| Income-Driven Repayment (IDR) Applications | |
|---|---|
| IDR applications received during March 1-31, 2026 | 321,481 |
| IDR applications decided (approved or denied) during March 1-31, 2026 | 424,583 |
| - Approved | 374,572 |
| - Denied | 50,011 |
| IDR applications pending as of March 31, 2026 | 553,966 |
| IDR plan discharges during March 1-31, 2026 | 21,200[1] |
| - Discharges under the Income-Based Repayment Plan | 10,500 |
| - Discharges under the Original Income Contingent Repayment Plan | 9,900 |
| - Discharges under the Pay As You Earn Plan | 800 |

| Public Service Loan Forgiveness (PSLF) Buyback Applications | |
|---|---|
| PSLF Buyback applications received during March 1-31, 2026 | 4,660 |
| PSLF Buyback applications decided (approved or denied) during March 1-31, 2026 | 3,280 |
| - Approved | 2,710 |
| - Denied | 440 |
| - Closed without decision due to missing information | 130 |
| PSLF Buyback applications pending as of March 1-31, 2026 | 89,720 |
| PSLF discharges during March 1-31, 2026 | 10,050 |

## II.   Notes to Data Tables

(1) IDR Discharge Rounding. Figures are rounded to the nearest 100.

(no further notes)

Dated: April 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

/s/ Winston Shi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-880-0387
winston.g.shi@usdoj.gov

Counsel for Defendants