**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al*., <br><br> Defendants. | No. 1:25-cv-802-RBW |

**STATUS REPORT**

Pursuant to the Court's order of October 23, 2025, ECF 55, the United States Department of Education (ED) and Linda McMahon (in her official capacity as Secretary of Education) hereby provide the following information, which ED provided to undersigned counsel:

**I.      Data Tables**

| Income-Driven Repayment (IDR) Applications | |
|---|---|
| IDR applications received during April 1-30, 2026 | 444,692 |
| IDR applications decided (approved or denied) during April 1-30, 2026 | 456,594 |
| -   Approved | 401,561 |
| -   Denied | 55,033 |
| IDR applications pending as of April 30, 2026 | 530,295 |
| IDR plan discharges during April 1-30, 2026 | 0[1] |
| -   Discharges under the Income-Based Repayment Plan | 0 |
| -   Discharges under the Original Income Contingent Repayment Plan | 0 |
| -   Discharges under the Pay As You Earn Plan | 0 |

| Public Service Loan Forgiveness (PSLF) Buyback Applications | |
| --- | --- |
| PSLF Buyback applications received during April 1-30, 2026 | 4,790 |
| PSLF Buyback applications decided (approved or denied) during April 1-30, 2026 | 6,870 |
| - Approved | TBA[2] |
| - Denied | TBA[2] |
| - Closed without decision due to missing information | TBA[2] |
| PSLF Buyback applications pending as of April 30, 2026 | 88,000[3] |
| PSLF discharges during April 1-30, 2026 | 11,500 |

## II.  Notes to Data Tables

*(1) IDR cancellations.* In March 2026, ED checked for discharge-eligible borrowers using the National Student Loan Data Service. *See* ECF 62 at 2 & n.1. That check identified 3,600 IBR, 1,400 Original ICR, and 300 PAYE borrowers[1] as discharge-eligible. The numbers are rounded to the nearest hundred. *See* ECF 63 at 2.

ED encountered delays while validating the data. It was not able to send the final lists to loan servicers until mid-April. Because of the usual waiting period between borrower notifications and discharges, no discharges from the March 2026 batch were processed in April. Loan servicers should be able to process discharges starting in May.

*(2) PSLF Buyback decisions.* ED plans to produce these statistics but is currently delayed. ED will file a superseding status report once it has the necessary data, which should be next week. Plaintiffs consent.

*(3) Pending PSLF Buyback applications.* A borrower may receive a Buyback offer only once for a given loan. However, many borrowers have submitted multiple Buyback requests,

---

[1] PAYE borrowers ordinarily should not be eligible for IDR discharges because the PAYE plan is not supposed to cover pre-2007 loans, and provides a 20-year timeline to discharge for non-PSLF borrowers. *See* 34 C.F.R. § 685.209(b), (c)(4) (eligibility requirements). However, a system error allowed borrowers with pre-2007 loans to enroll in PAYE.

which inflates the number of pending requests. The currently-stated figure of 88,000 pending applications includes duplicate requests.

In past months, such duplicates were resolved at the time of processing: when a borrower received a Buyback offer, ED administratively denied their remaining requests. *See* ECF 61 at 2. Moving forward, ED plans to preemptively identify and remove duplicate requests. Removing duplicates will not alter the substantive analysis ED must conduct for each borrower, or the order in which ED processes requests. ED estimates there are 18,000-19,000 duplicates to be removed.

Dated: May 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Winston Shi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-880-0387
winston.g.shi@usdoj.gov

*Counsel for Defendants*