**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00802-RBW |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Khandice Lofton respectfully withdraws her appearance as counsel for Plaintiff American Federation of Teachers in the above-captioned case. Attorneys Persis Yu, Winston Berkman-Breen, John G. Albanese, Julie Selesnick, F. Paul Bland, and E. Michelle Drake will continue to serve as counsel for Plaintiff.

Dated: May 27, 2026

Respectfully submitted,

/s/_Khandice Lofton_____

Persis Yu (DC Bar #90014714)
Admitted to practice before the U.S. District
Court for the District of Columbia (Bar ID:
MA0051)
Protect Borrowers
(a fiscally sponsored project of the
Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, DC 20036

Phone: (202) 618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen
Admitted to practice before the U.S. District
Court for the District of Columbia (NY Bar
# 5559372)
Khandice Lofton*
Protect Borrowers (a fiscally sponsored
project of the
Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
winston@protectborrowers.org
khandice@protectborrowers.org
* Admitted *pro hac vice*
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Khandice Lofton, hereby certify that on May 27, 2026, a true copy of the foregoing

document was electronically filed through the Court's ECF system and will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing, and paper copies

will be sent to those indicated as non-registered participants.


Dated: May 27, 2026                                    */s/ Khandice Lofton*
                                                       Khandice Lofton