**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN FEDERATION OF TEACHERS et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 25-802 (RBW) |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference, via teleconference, on July 8, 2026, it is hereby

**ORDERED** that, on August 5, 2026, at 1:30 p.m., the parties shall appear before the Court for a status conference. The parties shall appear before the Court via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

**SO ORDERED** this 9th day of July, 2026.

REGGIE B. WALTON
United States District Judge