**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS et al., Plaintiffs, v. UNITED STATES DEPARTMENT OF EDUCATION, et al., Defendants. | Civil Action No. 25-802 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference, via teleconference, on September 2, 2026, it is hereby

**ORDERED** that, on October 14, 2026, at 10:30 a.m., the parties shall appear before the Court for a status conference. The parties shall appear before the Court via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

**SO ORDERED** this 2nd day of September, 2026.

REGGIE B. WALTON
United States District Judge