**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN FEDERATION OF TEACHERS et al., Plaintiffs, | ) | Civil Action No. 25-802 (RBW) |
| v. | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., Defendants. | ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference, via teleconference, on October 14, 2026, it is hereby

**ORDERED** that, on November 23, 2026, at 11:00 a.m., the parties shall appear before the Court for a status conference. The parties shall appear before the Court via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#). If the parties reach an agreement that results in the resolution of this case before November 23, 2026, the parties shall notify the Court in advance so that the status conference can be vacated.

**SO ORDERED** this 15th day of October, 2026.

REGGIE B. WALTON
United States District Judge