**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | No. 1:25-cv-802-RBW |

**JOINT STIPULATION OF DISMISSAL**

All parties hereby stipulate to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 18, 2026

*/s/ John G. Albanese*
John G. Albanese (*pro hac vice*)
E. Michelle Drake (*pro hac vice*)
BERGER MONTAGUE PC
1229 Tyler Street NE
Suite 205
Minneapolis, MN 55413
T. 612-594-5997
F. 612-584-4470
emdrake@bergermontague.com
jalbanese@bergermontague.com

Julie Selesnick, D.C. Bar No. 485558
F. Paul Bland, D.C. Bar No. 412395
BERGER MONTAGUE PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001
T. 202.221.5279
F. 215.875.4604
jselesnick@bergermontague.com
pbland@bergermontague.com

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Winston Shi*
STEPHEN M. PEZZI, D.C. Bar No. 995500
Chief Litigation Counsel
WINSTON SHI, NY Bar No. 5747068
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-880-0387
winston.g.shi@usdoj.gov

*Counsel for Defendants*

Persis Yu, DC Bar No. 90014714
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, DC 20036
(202) 618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen, NY Bar No. 5559372
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
(617) 959-4386
winston@protectborrowers.org

*Attorneys for Plaintiffs*